**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:

Case No

Mariya Ruchka_____ Debtor(s)_____ /

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of 2 sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerks promulgated requirements.

DATED: 01/02/2018

/s/ Oxana Kozlov

_____
Signature of Debtor's Attorney

California TD Specialists
8190 E Kaiser Blvd
Anaheim, CA 92808


Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130


David Del Debbio
826 41th Ave.
San Francisco, CA 94121


George Washington Lending
456 Montgomery st Suite 1250
San Francisco, CA 94104


HOME DEPOT/CBNA
PO Box 6497
Sioux Falls, SD 57117


Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101


Keybank
11501 Outlook Street, Suite 300
Overland Park, KS 66211


Macy's Department Stores
PO Box 8218
Mason, OH 45040

Mercedes-Benz Financial
P.O. BOX 961
Roanoke, TX 76262


PayPal
2211 North First Street
San Jose, California 95131


Prosper Marketplace
101 Second Street, STE. #1500
San Francisco, CA 94105


San Francisco Tax Collector
1 Dr Carlton B Goodlett Pl, # 140
San Francisco, CA 94102


The Evergreen Advantage LLC
1424 4th St
Santa Monica, CA 90401