Siberian Star Co

1619 Laguna st , San Francisco CA 94115

| **Inventory description as of January 19, 2018** | Value |
|---|---:|
| Gold jewelry 14k, 18k, (chains, rings, bracelets, earrings) | $85,000 |
| Gold jewelry with  (chains, rings, bracelets, earrings) | $145,000 |
| Silver jewelry 925 (chain, rings, bracelets, earrings) | $42,000 |
| Silver jewelry with semi-precious stones | 185,000 |
| Custom jewelry | $5,000 |
| Loose stones (semi-precious stones) | $48,000 |
| Beads (semi-precious stones) | $23,000 |
| Pearls | $12,600 |
| Carvings made of onyx | $15,500 |
| Spheres, pyramids, slab made of shungite | $18,600 |
| Total: | $579,700 |