| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**Debtor 1** Mariya Sergeevna Ruchka   Case number (*if known*) 18-30002

**Part 1:** **Additional Page**
After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

**2.6** Mercedes-Benz Financial
Creditor's Name
PO Box 131265
Number    Street

Roseville              M    55113
City                   State  ZIP Code

**Describe the property that secures the claim:**
Mercedes '17 GLE-350

$ 78,000.00   $ 68,000.00   $ 10,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien**. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  11/15/0206
Last 4 digits of account number ___ ___ ___ ___

---

**2.7** San Francisco Tax Collector
Creditor's Name
1 Dr Carlton B Goodlett Pl, # 14
Number    Street

San Francisco        CA    94102
City                 State  ZIP Code

**Describe the property that secures the claim:**
1618 Laguna Str and 164-168 28th Str SF

$ 50,000.00   $ 3,050,000.00   $ 0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien**. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  _____
Last 4 digits of account number ___ ___ ___ ___

---

**2.7** Marin County Tax Collector
Creditor's Name
3501 Civic Center Dr # 202
Number    Street

San Rafael           CA    94903
City                 State  ZIP Code

**Describe the property that secures the claim:**
20 Pine Street, Tiburon CA

$ 10,000.00   $ 1,500,000.00   $ 0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien**. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  _____
Last 4 digits of account number ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:** $ 138,000.00

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $ 4,661,000.00

Case: 18-30002   Doc# 22-7   Filed: 01/23/18   Entered: 01/23/18 17:46:20   Page 1 of 1

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 4