JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
SCHEER LAW GROUP, LLP
26522 LA ALAMEDA, SUITE 205
MISSION VIEJO, CA 92691
Telephone: (949) 263-8757
Facsimile: (949) 209-3320
Email: jscheer@scheerlawgroup.com
GW.100-014S

Attorneys for George Washington Lending Inc., as servicing agent for
PREMIER EXECUTIVE LENDING LLC., its successors and/or assignees

UNITED STATES BANKRUPTCY COURT FOR

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>MARIYA SERGEEVNA RUCHKA,<br><br>        Debtor. | Bk. No. 18-30002<br><br>Chapter 11<br><br>**NOTICE OF SECURITY INTEREST IN RENTS & PROFITS**<br><br>**(164-168 28th Avenue, San Francisco, CA 94131)** |

TO DEBTOR, DEBTOR'S ATTORNEY, AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN pursuant to 11 U.S.C. §§ 552(b), 363(c) and 546(b) of the

Bankruptcy Code that PREMIER EXECUTIVE LENDING LLC, its assignees and/or successors

in interest, has a security interest in the rents and profits in that certain real property commonly

known as **164-168 28th Avenue, San Francisco, CA 94131** ("**Property**"). Said security interest

arises from a Promissory Note and Deed of Trust dated November 4, 2015 in the original amount

of $1,350,000.00. A copy of the Deed of Trust is attached to the Declaration of WENDY

THOMPSON filed herewith as **Exhibit "2"** and is incorporated herein by reference.

NOTICE IS HEREBY GIVEN that pursuant to Bankruptcy Code Section 546(b),

PREMIER EXECUTIVE LENDING LLC, its assignees and/or successors in interest, hereby

claim a perfected security interest in rents, issues and profits of the afore-described subject property.

NOTICE IS ALSO GIVEN that all rents, issues and profits generated hereafter from the afore-described real property are deemed cash collateral as defined under 11 U.S.C. Section 363(a) and 363(c)(2)(a) and are subject to the perfected security interest held by PREMIER EXECUTIVE LENDING LLC, its assignees and/or successors in interest.

NOTICE IS ALSO GIVEN that said cash collateral must be segregated and separately accounted for pursuant to Bankruptcy Code Section 363(c)(4).

NOTICE IS ALSO GIVEN that PREMIER EXECUTIVE LENDING LLC, its assignees and/or successors in interest, does not consent to the use of their cash collateral and hereby demands that such funds generated from the subject real property be segregated and separately accounted for as required by law.

SCHEER LAW GROUP, LLP

Dated: February 12, 2018 /s/ JOSHUA L. SCHEER
#242722