Entered on Docket
November 15, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: November 14, 2018

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: kbrown@pszjlaw.com
mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>MARIYA SERGEEVNA RUCHKA<br><br>Debtor. | Case No.: 18-30002 (DM)<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN TRUSTEE AND EVERGREEN TO CONTINUE HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**[Relates to Docket No. 73]**<br><br>Original Hearing:<br>Date  November 15, 2018<br>Time:          9:30 a.m.<br>Judge: Honorable Dennis Montali<br><br>New Hearing:<br>Date: February 21, 2019<br>Time:          9:30 a.m.<br>Judge: Honorable Dennis Montali |

The Court having considered the *Stipulation Between the Trustee and Evergreen to Continue the Hearing on Motion for Relief from Automatic Stay* [Docket No. 91] (the "**Stipulation**") and good cause appearing therefor

**IT IS ORDERED THAT:**

1. The Stipulation is approved, as modified by this Order.

2. The Hearing is continued to February 21, 2019 at 9:30 a.m. on the terms and conditions set forth in the Stipulation.

3. Any response shall be filed on or before February 14, 2019.

4. The Court retains jurisdiction to interpret and enforce the Stipulation and this Order.

### # # # END OF ORDER # # #

**COURT SERVICE LIST**