Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: kbrown@pszjlaw.com
        mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>MARIYA SERGEEVNA RUCHKA<br><br>Debtor. | Case No.: 18-30002 (DM)<br><br>Chapter 7<br><br>**STIPULATION EXTENDING DEADLINE TO OBJECT TO DEBTOR'S DISCHARGE** |

Counsel for E. Lynn Shoenmann, the duly appointed trustee (the "Trustee") in the above-captioned chapter 7 case of and Mariya Sergeevna Ruchka (the "Debtor"), by and through their counsel, hereby stipulate and agree, as follows:

## I.
## RECITALS

1. The Debtor filed a voluntary chapter 11 petition in this Court on January 2, 2018. On September 26, 2018 this Court entered an Order converting Debtor's case from one under Chapter 11 to one under Chapter 7 and appointed E. Lynn Shoenmann as the chapter 7 trustee.

2. The 341 meeting of creditors was scheduled to take place on October 23, 2018. Pursuant to Rule 4004 of the Federal Rules of Bankruptcy Procedure, the deadline to file a complaint objecting to a debtor's discharge is no later than 60 days after the first date set for the meeting of creditors. In this case, the deadline to file such a complaint is December 24, 2018.

3. The Trustee is still investigating whether grounds exist to object to discharge and is awaiting responses to requests for information from the Debtor.

## II.

## STIPULATION

**WHEREFORE** the Debtor and Trustee hereby stipulate that:

1. The deadline for the Trustee to object to the Debtor's discharge under 11 U.S.C. Section 727 is hereby extended to February 22, 2019.

Dated: December 7, 2018

LAW OFFICES OF JAMES HAWORTH

By: /s/ James Haworth
James Haworth
Counsel to Mariya Ruchka, Debtor

Dated: December 11, 2018

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Miriam Manning*
Miriam Manning
Counsel to E. Lynn Schoenmann,
Chapter 7 Trustee