

Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: kbrown@pszjlaw.com
        mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

Signed and Filed: January 17, 2019

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>MARIYA SERGEEVNA RUCHKA,<br><br>            Debtor. | Case No. 18-30002 (DM)<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN THE TRUSTEE AND TENANTS**<br><br>[No Hearing Requested] |

The Court has reviewed the *Stipulation Between the Trustee and Tenants For Relief From The Automatic Stay* [Docket No. 112] ("**Stipulation**").[1] After consideration of the Stipulation, the pleadings, and the proceedings in the above-captioned case, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved and its terms incorporated herein.

2. To the extent applicable, the automatic stay under section 362 of the Bankruptcy Code is hereby modified permit the Tenants to pursue their claims in the Civil Action against the Debtor's Available Insurance and Alaiksei Silin.

3. To the extent applicable, the stay pursuant to Bankruptcy Rule 4001(a)(3) is hereby waived and the Stipulation and this Order shall be effective immediately.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**\*\* END OF ORDER \*\***

---

[1] All defined terms not capitalized herein shall have the meaning ascribed to them in the Stipulation.

**APPROVED AS TO FORM:**

Dated: January 16, 2019          PACHULSKI STANG ZIEHL & JONES LLP

By: _____
    Miriam Manning
    Counsel for E. Lynn Schoenmann,
    Chapter 7 Trustee

Dated: January __, 2019          TENDERLOIN HOUSING CLINIC

By: _____
    Margaret DeMatteo
    Counsel to the Tenants

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**APPROVED AS TO FORM:**

Dated: January __, 2019              PACHULSKI STANG ZIEHL & JONES LLP

                                     By: _____
                                         Miriam Manning
                                         Counsel for E. Lynn Schoenmann,
                                         Chapter 7 Trustee

Dated: January 16, 2019              TENDERLOIN HOUSING CLINIC

                                     By: _____
                                         Margaret DeMatteo
                                         Counsel to the Tenants