

Signed and Filed: January 24, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: kbrown@pszjlaw.com
          mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>MARIYA SERGEEVNA RUCHKA<br><br>Debtor. | Case No.: 18-30002 (DM)<br><br>Chapter 7<br><br>**ORDER APPROVING TRUSTEE'S ABANDONMENT OF INTEREST IN TIBURON PROPERTY AND EQUITY INTEREST IN HOME SWEET HOME REALTY AND FUNDING, INC. PURSUANT TO 11 U.S.C. SECTION 554(A) BY DEFAULT** |

The Court has reviewed the application ("Application") by E. Lynn Schoenmann, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case (the "Trustee"), requesting an order by default approving the abandonment of residential real property located at 20 Pine Street, Tiburon, California 94920 (the "Tiburon Property") and the estate's 100% equity interest in Home Sweet Home Realty and Funding, Inc. ("HSH") pursuant to 11 U.S.C. Section 554(a), the supporting declaration of Miriam Manning, and the *Notice and Opportunity for Hearing on Trustee's Notice of Intent to Abandon Interest in Tiburon Property and Equity Interest in Home Sweet Home Realty and Funding, Inc. Pursuant to 11 U.S.C. Section 554(a)* (the "Notice") filed on December 4, 2018 [Docket No. 102]. No requests for hearing or oppositions were filed in response to the Notice, due and appropriate notice was provided under Bankruptcy Rules 2002 and 6007, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Application is approved.

2. The Trustee's abandonment of the Tiburon Property and the estate's interest in HSH are approved under 11 U.S.C. Section 554(a).

3. The Court shall retain jurisdiction to hear any disputes arising from implementation of this Order.

*** END OF ORDER ***