Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: kbrown@pszjlaw.com
        mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In re:<br><br>MARIYA SERGEEVNA RUCHKA<br><br>Debtor. | Case No.: 18-30002 (DM<br><br>Chapter 7<br><br>**STIPULATION REGARDING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS OF PREMIER EXECUTIVE LENDING, LLC AND GEORGE WASHINGTON LENDING CORPORATION**<br><br>**(1619 LAGUNA STREET, SAN FRANCISCO, CA)** |
| --- | --- |

This Stipulation is entered into between E. Lynn Schoenmann, the chapter 7 trustee (the "Trustee") of the estate of Mariya Ruchka ("Debtor")and Premier Executive Lending LLC ("Premier") and George Washington Lending Corporation ("Washington" together with Premier, the "Lenders"), through their respective counsel of record.

## I.

## RECITALS

1.     The Debtor filed a voluntary chapter 11 petition in this Court on January 2, 2018. On September 26, 2018 this Court entered an Order converting Debtor's case from one under Chapter 11 to one under Chapter 7 and appointed E. Lynn Schoenmann as the chapter 7 trustee.

DOCS_SF:101001.1 77352/001                                     1

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

2. Property of the Debtor's estate includes residential real property located at 1619 Laguna Street, San Francisco, CA (the "Laguna Property").

3. A preliminary title report, dated April 5, 2019 prepared by North American Title Company reveals two liens recorded by the Lenders on the Laguna Property (the "Liens"):

| E. No. | Name | Date Lien Recorded | Amount |
|--------|------|--------------------|--------|
| 10 | Premier Executive Lending LLC | September 3, 2015 | $1,400,000 |
| 11 | George Washington Lending Corporation | February 1, 2017 | $163,879.04 |

4. The Lenders acknowledge that the obligations secured by the Liens have been paid in full and the Liens should be removed and released. The Lenders also consent to the Trustee's sale of the Laguna Property free and clear of the Liens under Section 363(f)(2) of the Bankruptcy Code and to the incorporation of the terms of this Stipulation in the order approving the Trustee's sale of the Laguna Property.

## II.

## STIPULATION

NOW, THEREFORE, the Trustee, Premier and Washington through their respective counsel, hereby stipulate and agree as follow:

A. The Liens shall be removed and released from the Laguna Property. The Lenders consent to the Trustee's sale of the Laguna Property free and clear of the Liens pursuant to 11 U.S.C. section 363(f)(2).

B. The terms of the Stipulation shall be incorporated into any order approving the Trustee's sale of the Laguna Property.

Dated: May 2, 2019

SCHEER LAW GROUP, LLP

By: _____
Joshua Scheer, counsel to Premier Executive Lending LLC and George Washington Lending Corporation

DOCS_SF:101001.1 77352/001

2

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Dated: May 3, 2019

PACHULSKI STANG ZIEHL & JONES LLP

By: _____
Miriam Manning
Counsel to E. Lynn Schoenmann, Chapter 7
Trustee