Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: kbrown@pszjlaw.com
mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>MARIYA SERGEEVNA RUCHKA<br><br>Debtor. | Case No.: 18-30002 (DM)<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On May 3, 2019, I caused to be served the following documents in the manner stated below:

- *Trustee's Motion for (I) Order Approving Sale of Laguna Property Free and Clear of Liens, Subject to Overbid; and (II) Approving Overbid Procedures*

- *Memorandum of Points and Authorities in Support of Trustee's Motion for (I) Order Approving Sale of Laguna Property Free and Clear of Liens, Subject to Overbid; and (II) Approving Overbid Procedures*

- *Declaration of E. Lynn Schoenmann in Support of Motion for (I) Order Approving Sale of Laguna Property Free and Clear of Liens, Subject to Overbid; and (II) Approving Overbid Procedures*

- *Notice of Trustee's Motion for (I) Order Approving Sale of Laguna Property Free and Clear of Liens, Subject to Overbid; and (II) Approving Overbid Procedures*

- *Stipulation Regarding Sale of Real Property Free and Clear of Liens of Premier Executive Lending, LLC and George Washington Lending Corporation (1619 Laguna Street, San Francisco, CA)*

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **May 3, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on May 3, 2019 at San Francisco, California.

*/s/ Oliver Carpio*
*Legal* Assistant

## ECF/NEF List

- **Kenneth H. Brown**  kbrown@pszjlaw.com, ocarpio@pszjlaw.com
- **Stephen L. Collier**  steve@thclinic.org
- **Jay D. Crom**  jcrom@bachcrom.com
- **Trevor Ross Fehr**  trevor.fehr@usdoj.gov, lynne.knight@usdoj.gov
- **James W. Haworth**  jameshaworth@lawyer.com
- **Miriam Manning**  mmanning@pszjlaw.com, ocarpio@pszjlaw.com
- **Randall P. Mroczynski**  rmroczynski@cookseylaw.com
- **Office of the U.S. Trustee / SF**  USTPRegion17.SF.ECF@usdoj.gov
- **Joshua Scheer**  jscheer@scheerlawgroup.com
- **E. Lynn Schoenmann**  tteeschoenmann@earthlink.net, lschoenmann@ecf.axosfs.com
- **Jennifer Wang**  jwang@cookseylaw.com, jwang@ecf.courtdrive.com
- **Edward T. Weber**  ed@eweberlegal.com

## REQUEST FOR SERVICE LIST (SERVED VIA E-MAIL UNLESS INDICATED)

| **Office of the United States Trustee**<br>Margaret McGee<br>450 Golden Gate Avenue, Suite 05-0153<br>San Francisco, CA 94102<br>Email: maggie.mcgee@usdoj.gov | **SERVED VIA US MAIL**<br>Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | **Attorneys for Secured Creditor GEORGE WASHINGTON LENDING, INC.**<br>Joshua L. Scheer<br>Reilly D. Wilkinson<br>Timothy J. Silverman<br>26522 La Alameda, Suite 205<br>Mission Viejo, CA 92691<br>Email: jscheer@scheerlawgroup.com |
|---|---|---|
| **Attorney for THE EVERGREEN ADVANTAGE, LLC**<br>Edward T. Weber<br>Law Office of Edward T. Weber<br>17151 Newhope Street, Ste. 203<br>Fountain Valley, CA 92708<br>Email: ed@weberlegal.com | **Attorneys for Aliaksei Silin**<br>Jeff D. Curl<br>Jeena J. Cho<br>JC LAW GROUP PC<br>1900 S. Norfolk Street, Suite 350<br>San Mateo, CA 94403<br>Email: notice@jclawgroup.com | |

## SERVED VIA US MAIL

| Premier Executive Lending LLC<br>Attn: Max Shishlyannikov<br>456 Montgomery Plaza, Suite 1250<br>San Francisco, CA 94104 | George Washington Lending Corporation<br>Attn: Max Shishlyannikov<br>456 Montgomery Plaza, Suite 1250<br>San Francisco, CA 94104 | Evergreen Advantage LLC<br>Attn: Dan Zuckerman<br>1424 4th Street, Suite 777<br>Santa Monica, CA 90401 |
|---|---|---|
| Oleg Morozov<br>101 Jefferson Dr.<br>Menlo Park, CA 94025 | Remus Contractors, Inc.<br>Attn: Oleg Morozov, CEO<br>101 Jefferson Dr.<br>Menlo Park, CA 94025 | San Francisco Department of Public Health Environment Health, Solid Waste Program<br>Attn: Refuse Lien Unit<br>1390 Market Street, Suite 210<br>San Francisco, CA 94102 |
| San Francisco Water, Power and Server Customer Services<br>Attn: Collection & Lien Unit<br>525 Golden Gate Ave. 2nd Floor<br>San Francisco, CA 94102 | San Francisco Department of Public Health Environment Health, Solid Waste Program<br>Attn: Refuse Lien Unit,<br>1390 Market Street, Suite 210<br>San Francisco, CA 94102 | San Francisco Department of Public Health Environment Health, Solid Waste Program<br>Attn: Stephanie K.J. Cushing<br>1390 Market Street, Suite 210<br>San Francisco, CA 94102 |

| San Francisco Water, Power and Server Customer Services<br>Attn: Marge Vizcarra<br>525 Golden Gate Ave. 2nd Floor<br>San Francisco, CA 94102 | | |
|---|---|---|

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA