Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: kbrown@pszjlaw.com
mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| In re: | Case No.: 18-30002 (DM) |
|---|---|
| MARIYA SERGEEVNA RUCHKA | Chapter 7 |
| Debtor. | **SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE** |

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On May 6, 2019, I caused to be served the following documents in the manner stated below:

- *Notice of Trustee's Motion for (I) Order Approving Sale of Laguna Property Free and Clear of Liens, Subject to Overbid; and (II) Approving Overbid Procedures*

| | |
|---|---|
| ☐ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on May 6, 2019 at San Francisco, California.

*/s/ Oliver Carpio*
*Legal* Assistant

**SERVED VIA US MAIL (MATRIX)**

| | | |
|---|---|---|
| Wells Fargo Bank, N.A. as Trustee<br>c/o David D. Ferguson<br>Polsinelli PC<br>900 West 48th Place, Suite 900<br>Kansas City, MO 64112-1899 | Mark Benson<br>10 Rollins Rd #215<br>Milbrae, CA 94030-3129 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | California TD Specialists<br>8190 E Kaiser Blvd<br>Anaheim, CA 92808-2215 | Capital One Bank USA NA<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 |
| Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacramento, CA 94230-0001 | Stephen J Collier<br>Tenderloin Housing Clinic, Inc.<br>126 Hyde St.<br>San Francisco, CA 94102-3606 | George Washington Lending Inc., as servicing<br>SCHEER LAW GROUP, LLP<br>26522 La Alameda, Suite 205<br>Mission Viejo, CA 92691-6546 |
| Samantha Competente<br>Alain Pinel Realtors<br>3850 24th St.<br>San Francisco, CA 94114-3839 | Jay D. Crom<br>Bachecki, Crom & Company, LLP<br>400 Oyster Point Blvd. Suite 106<br>South San Francisco, CA 94080-1917 | Darrell Ho Chee<br>c/o Stephen L. Collier<br>Tenderloin Housing Clinic, Inc.<br>126 Hyde Street, 2nd Fl.<br>San Francisco, CA 94102-3606 |
| David Del Debbio<br>826 41th Ave.<br>San Francisco, CA 94121-3321 | Trevor Ross Fehr<br>Office of the U.S. Trustee<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | GEORGE WASHINGTON LENDING INC<br>456 MONTGOMERY ST<br>STE 1250<br>SAN FRANCISCO CA 94104-1245 |
| HOME DEPOT/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | James W. Haworth<br>Law Offices of James W. Haworth<br>104 Walnut Ave #204<br>Santa Cruz, CA 95060-3929 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P. 0. Box 7346<br>Philadelphia, PA 19101-7346 |
| Keybank<br>11501 Outlook Street, Suite 300<br>Overland Park, KS 66211-1807 | Oxana Kozlov<br>649 Dunholme Way<br>Sunnyvale, CA 94087-3403 | Macy's Department Stores<br>PO Box 8218<br>Mason, OH 45040-8218 |
| PayPal<br>2211 North First Street<br>San Jose, California 95131-2021 | Marna Blanchard<br>c/o Stephen L. Collier<br>Tenderloin Housing Clinic, Inc.<br>126 Hyde Street<br>San Francisco, CA 94102-3606 | Meghan Sturgeon<br>c/o Stephen L. Collier<br>Tenderloin Housing Clinic, Inc.<br>126 Hyde Street<br>San Francisco, CA 94102-3606 |
| Mercedes-Benz Financial<br>P.O. BOX 961<br>Roanoke, TX 76262-0961 | Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | Mercedes-Benz Financial Services USA LLC<br>c/o Randall P. Mroczynski<br>Cooksey, Toolen, Gage, Duffy & Woog<br>535 Anton Boulevard, 10th Floor<br>Costa Mesa, CA 92626-1947 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | |
|---|---|---|
| Midland Credit Management, Inc. as agent for<br>Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090-2036 | Randall P. Mroczynski<br>Cooksey, Toolen, Gage, Duffy and Woog<br>535 Anton Blvd. 10th Fl.<br>Costa Mesa, CA 92626-1947 | Joshua Scheer<br>Scheer Law Group<br>26522 La Alameda #205<br>Mission Viejo, CA 92691-6546 |
| Roger Mozqueda<br>c/o Stephen L. Collier<br>Tenderloin Housing Clinic, Inc.<br>126 Hyde Street 2nd Fl.<br>San Francisco, CA 94102-3606 | San Francisco Tax Collector<br>1 Dr Carlton B Goodlett Pl, # 140<br>San Francisco, CA 94102-4626 | Prosper Marketplace<br>101 Second Street, STE. #1500<br>San Francisco, CA 94105-3656 |
| Jennifer Wang<br>Cooksey, Toolen, Gage, Duffy and Woog<br>535 Anton Bl. 10th Fl<br>Costa Mesa, CA 92626-1947 | The Evergreen Advantage, LLC<br>Law Offices of Edward T. Weber<br>17151 Newhope Street, Suite 203<br>Fountain Valley, CA 92708-4226 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |
| Edward T. Weber<br>Law Offices of Edward T. Weber<br>17151 Newhope St. #203<br>Fountain Valley, CA 92708-4226 | | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA