# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

**MARIYA SERGEEVNA RUCHKA,** *fka Mariya Sergeevna Semikhatova aka Maria Sergeevna Wisniewski dba Home Sweet Home Funding and Realty*

Debtor.

)
)
)
)
)
)
)
)
)
)

Bankruptcy No.: **18-30002-DM**
R.S. No.: **JLS-329**
Hearing Date: June 27, 2019
Time: 11:00 AM

Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)   Date Petition filed: **01/02/2018**          Chapter: **7 (previous Chapter 11)**
      Prior hearings on this obligation: **n/a**    Last Date to File §523/§727 Complaints: **04/25/2019**

(B)   Description of personal property collateral:

      Secured Creditor [  ]              or lesser [  ]
      Fair market value:                 Source of value:
      Contract Balance:                  Pre-Petition Default:
      Monthly Payment:                   No. of months:
      Insurance Advance:                 Post-Petition Default:
                                         No. of months:

(C)   Description of real property collateral:  **164-168 28ᵗʰ Avenue, San Francisco, CA 94131**

      Fair Market Value: **$1,950,000.00**        Source of Value: **Debtor's Schedules***
                                                  (Lender requests that this Court        *The Property is listed for sale
                                                  take judicial notice of Debtor's        at $2,195,000.00
                                                  Schedules, pursuant to F.R.E. 201)
      If appraisal, date:

      Moving Party's position: **1ˢᵗ Deed of Trust**
      Approx. Bal: **$1,869,486.98**              Pre-Petition Default: **MATURED**
      As of (date): **May 6, 2019**               No. of Months: **MATURED**
      Amt. Payment: **MATURED**                   Post-Petition Default: **MATURED**
      Notice of Default (date): **10/03/2017**    No. of Months: **MATURED**
      Notice of Trustee's Sale: **N/A**           Advances Senior Liens: **N/A**

      Specify name and status of other liens and encumbrances, if known:

| Position | Amount | No. Payment | Defaults |
|----------|--------|-------------|----------|
| 1. MOVANT | $1,869,486.98 | N/A- MATURED | $1,869,486.98 |
| 2. Tax Collector | $69,666.84 | | $69,666.84 |

                                                                    $1,939,153.82

(D) Other pertinent information: **1) Lender's loan is all due and payable as of April 1, 2017. 2) Lender is also requesting turnover of rents held by the Trustee which is Lender's cash collateral. 3) Aliaksei Silin claims a 50% interest in Property further reducing any equity cushion.**

Dated: June 13, 2019

/s/JOSHUA L. SCHEER
#242722
ATTORNEY FOR SECURED CREDITOR