SCHEER LAW GROUP, LLP
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
jscheer@scheerlawgroup.com
GW.100-014S

Attorneys for ALLRISE FINANCIAL GROUP, INC. AS SERVICING AGENT FOR MAXVI
1, LLC its successors and/or assignees

## UNITED STATES BANKRUPTCY COURT FOR

## THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

In re:

MARIYA SERGEEVNA RUCHKA *fka Mariya*

*Sergeevna Semikhatova aka Maria Sergeevna*

*Wisniewski, dba Home Sweet Home Funding &*

*Realty,*

           Debtor.

Bk. No. 18-30002-DM

Chapter 7

R.S. No. JLS-329

**NOTICE OF HEARING**

Hearing-
Date: June 27, 2019
Time: 11:00am
Place: Bankruptcy Court
    450 Golden Gate Avenue, 16th Floor
    San Francisco, CA 94102
    Courtroom 17

## TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on June 27, 2019, at 11:00am at the United States
Bankruptcy Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, Courtroom
17, the undersigned will bring on for Preliminary Hearing the attached Motion for Relief from
Automatic Stay before the Honorable Dennis Montali, United States Bankruptcy Judge.
Although no written response is required, your failure to appear in person or through counsel at
the above noticed hearing may result in the Court granting the relief requested in the motion.

                         SCHEER LAW GROUP, LLP

DATED: June 13, 2019            /s/JOSHUA L. SCHEER
                         #242722