Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: kbrown@pszjlaw.com
mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>MARIYA SERGEEVNA RUCHKA<br><br>Debtor. | Case No.: 18-30002 (DM)<br><br>Chapter 7<br><br>**DECLARATION OF MIRIAM MANNING IN SUPPORT OF STIPULATION TO AMEND ORDER APPROVING SALE OF LAGUNA PROPERTY FREE AND CLEAR OF LIENS** |

I, Miriam Manning, declare:

1. I am an attorney at law, licensed to practice in the State of California and in this district. I am an attorney employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to E. Lynn Schoenmann, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case (the "Trustee"). I have personal knowledge of the facts set forth herein and, if called as a witness, I would and could competently testify thereto.

2. I submit this declaration in support of the *Stipulation for Amended Order Approving Trustee's Sale of Laguna Property Free and Clear of Liens* filed on July 8, 2019 (the "Stipulation") [Docket No. 168][1] and to clarify the basis for the request for an amended Sale Order.

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Stipulation.

3. Pursuant to the Stipulation, the Trustee and the original buyers (Home Sweet Home Realty and Funding, Inc. and Tatyana Zaytseva) of the Laguna Property request an amended Sale Order in order to remove the name of Tatyana Zaytseva as a buyer. The reasons for this requested amendment are set forth in the Stipulation.

4. The Stipulation involves the sale of the Laguna Property. It ***does not*** relate to the real property referred to in this case as the "28th Street Property" which has been abandoned by the Trustee. (*See*, *Order Approving Trustee's Abandonment of Interest in 28th Street Property Pursuant to 11 U.S.C. Section 554(a) by Default*) [Docket No. 169].

5. Other than removing the name of Tatyana Zaytseva as a buyer of the Laguna Property, there are no other changes to sought to the Sale Order and the Trustee shall continue to have the right to receive the Carve Out at closing.

I declare under penalty of perjury under the laws of California and of the United States that the foregoing is true and correct.

Executed this 15th day of July 2019 at San Francisco, California.

By */s/ Miriam Manning*
Miriam Manning

Attorneys for E. Lynn Schoenmann,
Chapter 7 Trustee

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On July 15, 2019, I caused to be served the following documents in the manner stated below:

- *Declaration of Miriam Manning in Support of Stipulation to Amend Order Approving Sale of Laguna Property Free and Clear of Liens*

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **July 15, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 15, 2019 at San Francisco, California.

                                                */s/ Oliver Carpio*
                                                *Legal* Assistant

## ECF/NEF List

- **Kenneth H. Brown**  kbrown@pszjlaw.com, ocarpio@pszjlaw.com
- **Stephen L. Collier**  steve@thclinic.org
- **Jay D. Crom**  jcrom@bachcrom.com
- **Trevor Ross Fehr**  trevor.fehr@usdoj.gov, lynne.knight@usdoj.gov
- **James W. Haworth**  jameshaworth@lawyer.com
- **Miriam Manning**  mmanning@pszjlaw.com, ocarpio@pszjlaw.com
- **Randall P. Mroczynski**  rmroczynski@cookseylaw.com
- **Office of the U.S. Trustee / SF**  USTPRegion17.SF.ECF@usdoj.gov
- **Joshua Scheer**  jscheer@scheerlawgroup.com
- **E. Lynn Schoenmann**  tteeschoenmann@earthlink.net, lschoenmann@ecf.axosfs.com
- **Jennifer Wang**  jwang@cookseylaw.com, jwang@ecf.courtdrive.com
- **Edward T. Weber**  ed@eweberlegal.com

## REQUEST FOR SERVICE LIST (SERVED VIA E-MAIL UNLESS INDICATED)

| **Office of the United States Trustee**<br>Trevor Ross Fehr<br>450 Golden Gate Avenue, Suite 05-0153<br>San Francisco, CA 94102<br>Email: trevor.fehr@usdoj.gov | **SERVED VIA US MAIL**<br>Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | **Attorneys for Secured Creditor GEORGE WASHINGTON LENDING, INC.**<br>Joshua L. Scheer<br>Reilly D. Wilkinson<br>Timothy J. Silverman<br>26522 La Alameda, Suite 205<br>Mission Viejo, CA 92691<br>Email: jscheer@scheerlawgroup.com |
|---|---|---|
| **Attorney for THE EVERGREEN ADVANTAGE, LLC**<br>Edward T. Weber<br>Law Office of Edward T. Weber<br>17151 Newhope Street, Ste. 203<br>Fountain Valley, CA 92708<br>Email: ed@eweberlegal.com | **SERVED VIA US MAIL**<br>Aliaksei Silin<br>4318 California Street<br>San Francisco, CA 94118 | |

## SERVED VIA US MAIL

Evergreen Advantage LLC
Attn: Dan Zuckerman
1424 4th Street, Suite 777
Santa Monica, CA 90401

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_SF:101499.2 77352/001