JOSHUA L. SCHEER, #242722
REILLY D. WILKINSON, #250086
SCHEER LAW GROUP, LLP
85 ARGONAUT, SUITE 202
ALISO VIEJO, CA 92656
Telephone: (949) 263-8757
Facsimile: (949) 308-7373
jscheer@scheerlawgroup.com
GW.100-014S

Attorneys for Secured Creditor
ALLRISE FINANCIAL GROUP, INC. AS SERVICING AGENT FOR MAXVI 1, LLC, its successors and/or assignees

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>MARIYA SERGEEVNA RUCHKA fka Mariya Sergeevna Semikhatova aka Maria Sergeevna Wisniewski dba Home Sweet Home Funding & Realty,<br><br>    Debtor. | Bk. No.: 18-30002<br><br>Chapter 7<br><br>NOTICE OF CHANGE OF ADDRESS |

**PLEASE TAKE NOTICE that effective immediately**, the address for SCHEER LAW GROUP, LLP has changed. This notice is effective for all communications to the SCHEER LAW GROUP, LLP office previously located at 26522 La Alameda, Suite 205, Mission Viejo, CA 92691. PLEASE SEND ALL COMMUNICATIONS TO THE NEW ADDRESS LISTED BELOW. The new address is as follows:

SCHEER LAW GROUP, LLP
85 Argonaut, Suite 202
Aliso Viejo, CA 92656
Telephone: (949) 263-8757
Facsimile: (949) 308-7373

SCHEER LAW GROUP, LLP

Date: July 30, 2019

/s/JOSHUA L. SCHEER
#242722

Case: 18-30002   Doc# 173   Filed: 07/31/19   Entered: 07/31/19 10:33:58   Page 1 of 3

JOSHUA L. SCHEER, #242722
REILLY D. WILKINSON, #250086
SCHEER LAW GROUP, LLP
85 ARGONAUT, SUITE 202
ALISO VIEJO, CA 92656
Telephone: (949) 263-8757
Facsimile: (949) 308-7373
jscheer@scheerlawgroup.com
GW.100-014S

Attorneys for ALLRISE FINANCIAL GROUP, INC. AS SERVICING AGENT FOR MAXVI 1, LLC its successors and/or assignees

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

MARIYA SERGEEVNA RUCHKA *fka Mariya Sergeevna Semikhatova aka Maria Sergeevna Wisniewski, dba Home Sweet Home Funding & Realty,*

      Debtor.

Bk. No. 18-30002-DM

Chapter 7

**CERTIFICATE OF SERVICE BY MAIL**

I, __Mary Bezanilla__, declare that:

      I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action; my business address is 85 Argonaut, Suite 202, Aliso Viejo, CA 92656.

      On __7/31/2019__, I served the within NOTICE OF CHANGE OF ADDRESS on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Aliso Viejo, California, addressed as follows:

**DEBTOR**
Mariya Sergeevna Ruchka
1619 Laguna Street
San Francisco, CA 94115

**ATTORNEY FOR DEBTOR**
James W. Haworth
104 Walnut Ave #204
Santa Cruz, CA 95060-4009

**CHAPTER 7 TRUSTEE**
E. Lynn Schoenmann
35 Miller Ave. #298
Mill Valley, CA 94941-1903

**UNITED STATES TRUSTEE**
Office of the U.S. Trustee
450 Golden Gate Ave, 5th Fl., #05-0153
San Francisco, CA 94102

**PETITIONING CREDITOR**
Oxana Kozlov
649 Dunholme Way
Sunnyvale, CA 94087

**ATTORNEY FOR U.S. TRUSTEE**
Trevor Ross Fehr
280 S 1st St. #268
San Jose, CA 95113

**ATTORNEY FOR TRUSTEE**
Kenneth H. Brown
150 California St. 15th Fl
San Francisco, CA 94111-4500

**NOTICE**
Office of the U.S. Trustee
450 Golden Gate Ave, 5th Fl., #05-0153
San Francisco, CA 94102

Miriam Manning
150 California Street St. 15th Fl
San Francisco, CA 94111-4500

**NOTICE**
Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Stephen L. Collier, Esq.
Tenderloin Housing Clinic, Inc.
126 Hyde Street, 2nd Floor
San Francisco, CA 94102

JC Law Group PC
Jeff D. Curl
1900 S. Norfolk Street, Suite 350
San Mateo, CA 94403

Law Offices of Edward T. Weber
17151 Newhope Street, Suite 203
Fountain Valley, CA 92708

[ X ]   (By Mail [Federal])  I placed such envelope with postage thereon fully prepaid in the United States mail at Aliso Viejo, California.

[  ]   (By Mail [State])  I am readily familiar with SCHEER LAW GROUP, LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[  ]   (By Personal Service) I caused such envelope to be delivered by hand to the addressee(s).

[ X ]   Executed on July 3/, 2019, at Aliso Viejo, California.

[ X ]   (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ]   (Federal)  I declare that I am employed in the office of a member of the Bar at whose direction this service was made.