# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** CALIFORNIA
### SAN FRANCISCO **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| RUCHKA, MARIYA SERGEEVNA | § | Case No. 18-30002 SDM |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 11 of the United States Bankruptcy Code was filed on 01/02/2018 . The case was converted to one under Chapter 7 on 09/26/2018 . The undersigned trustee was appointed on 09/26/2018 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of             $         2,358,346.68

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 20,455.21 |
| Bank service fees | 0.00 |
| Other payments to creditors | 2,221,344.53 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]       $ | 116,546.94 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

Case: 18-30002   Doc# 186   Filed: 05/28/20   Entered: 05/28/20 13:31:32   Page 1 of 21

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/05/2018 and the deadline for filing governmental claims was 04/22/2019 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 94,000.40 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 94,000.40 , for a total compensation of $ 94,000.40 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 63.99 , for total expenses of $ 63.99 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/18/2020       By:/s/E. LYNN SCHOENMANN
                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

| | | |
|---|---|---|
| Case No: | 18-30002    SDM    Judge: DENNIS MONTALI | |
| Case Name: | RUCHKA, MARIYA SERGEEVNA | |

For Period Ending:  05/18/20

| | |
|---|---|
| Trustee Name: | E. LYNN SCHOENMANN |
| Date Filed (f) or Converted (c): | 09/26/18 (c) |
| 341(a) Meeting Date: | 10/23/18 |
| Claims Bar Date: | 12/05/18 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 20 PINE ST TERRACE; TIBURON CA | 1,500,000.00 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| [01/24/19: Order re abandoment; Doc#116] | | | | | | | |
| 2. 3127 GEARY BLVD; SF CA | 300,000.00 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| [12/09/19: Notice of intent to abandon; Doc#179] | | | | | | | |
| [01/17/20: Order approving abandonment; Doc#182] | | | | | | | |
| 3. 164 - 168 28TH ST; SF CA | 1,950,000.00 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| [value of entire property = 1,950,000; value of Debtor's portion = 975,000]   [50% of title is held by Aliaksei Silin] | | | | | | | |
| [07/08/19: Order approving abandonment; Doc#169] | | | | | | | |
| 4. 1619 LAGUNA (u) | 2,100,000.00 | 250,000.00 | | 2,300,000.00 | FA | 0.00 | 100,000.00 |
| [03/22/19: added amended schedules; Doc#133] | | | | | | | |
| [Debtor and children reside in one unit] | | | | | | | |
| [06/06/19: Order approving; Doc#157] | | | | | | | |
| [08/08/19: Report of Sale; Doc#174] | | | | | | | |
| Debtor Claimed Exemption | | | | | | | |
| 5. 2017 MERCEDES GLE 350 | 68,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| [01/23/18: secured car loan of $78K per petition doc#22] | | | | | | | |
| 6. HOUSEHOLD GOODS & FURNISHINGS; APPLICANCES, FURNITURE, LINEN, CHINA | 5,000.00 | 0.00 | | 0.00 | FA | 0.00 | 5,000.00 |
| Debtor Claimed Exemption | | | | | | | |
| 7. ELECTRONICS: COMPUTERS, PRINTERS, SCANNERS | 5,000.00 | 0.00 | | 0.00 | FA | 0.00 | 5,000.00 |
| Debtor Claimed Exemption | | | | | | | |
| 8. WEARING APPAREL | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 2,000.00 |
| Debtor Claimed Exemption | | | | | | | |
| 9. JEWELRY: PERSONAL | 15,000.00 | 0.00 | | 0.00 | FA | 0.00 | 1,750.00 |
| [02/13/20: Exemption changed per Amended Schedule C; Doc#183] | | | | | | | |
| Debtor Claimed Exemption | | | | | | | |

Case: 18-30002    Doc# 186    Filed: 05/28/20    Entered: 05/28/20 13:31:32    Page 3 of 21

Case No:   18-30002   SDM   Judge: DENNIS MONTALI

Case Name:   RUCHKA, MARIYA SERGEEVNA

Trustee Name:   E. LYNN SCHOENMANN
Date Filed (f) or Converted (c):   09/26/18 (c)
341(a) Meeting Date:   10/23/18
Claims Bar Date:   12/05/18

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 10. WELLS FARGO: xxx5149 DEBTOR DBA SIBERIAN STAR  [03/22/19: account separated, no longer "individual & business account" and value changed per amended schedules; Doc#133; see Asset #14] [02/13/20: Exemption changed per Amended Schedule C; Doc#183] Debtor Claimed Exemption | 5,772.00 | 0.00 | | 0.00 | FA | 0.00 | 5,772.00 |
| 11. WELLS FARGO: JOINT W/BUSINESS PARTNER ALIAKSEI SILIN; ACCT xxx 4568 [03/22/19: value changed per amended schedules; Doc#133] Debtor Claimed Exemption | 174.00 | 0.00 | | 0.00 | FA | 0.00 | 8,000.00 |
| 12. SECURITY DEPOSIT; RENTAL UNIT @6254 GEARY | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13. RENT RECEIPTS (u) | 0.00 | 0.00 | | 58,346.68 | FA | 0.00 | 0.00 |
| 14. WELLS FARGO ACCT #xxx4627 (u) [03/22/19: added by separting Well Fargo Acct #5149 per amended schedules; Doc#133] [See Asset #10] [02/13/20: Exemption added per Amended Schedule C; Doc#183] | 10,941.00 | 0.00 | | 0.00 | FA | 0.00 | 10,941.00 |
| 15. SIBERIAN STAR [jewelry business] [100% ownership] | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 16. HOME SWEET HOME REALITY AND FUNDING [100% ownership]  [03/22/19: value changed per amended schedules; Doc#133] [02/13/20: Exemption added per Amended Schedule C; Doc#183] | 18,635.00 | 0.00 | | 0.00 | FA | 0.00 | 11,287.00 |
| 17. REAL ESTATE BROKER'S LICENSE; NOTARY PUBLIC LICENSE, NMLS INCENSE; SIBERIAN STAR JEWELRY LICENSE | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

LFORM1EXH   UST Form 101-7-TFR (5/1/2011) (Page: 4)   Ver: 22.02d

Case No:    18-30002    SDM    Judge: DENNIS MONTALI

Case Name:    RUCHKA, MARIYA SERGEEVNA

Trustee Name:    E. LYNN SCHOENMANN

Date Filed (f) or Converted (c):    09/26/18 (c)

341(a) Meeting Date:    10/23/18

Claims Bar Date:    12/05/18

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 18. SIBERIAN STAR INVENTORY [03/22/19: value changed to reflect actual trade show retail value vs boutique store retail value per amended schedules; Doc#133] | 46,718.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 19. MACHINERY AND SUPPLIES & OTHER OFFICE EQPT [02/13/20: Exemption added per Amended Schedule C; Doc#183] | 5,000.00 | 0.00 | | 0.00 | FA | 0.00 | 5,000.00 |

Gross Value of Remaining Assets

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $6,034,240.00 | $250,000.00 | | $2,358,346.68 | $0.00 | $0.00 | $154,750.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

05/18/20: TFR; await Final Hearing

This converted bankruptcy case was orginally filed under Chapter 11 on 01/02/18 and converted to a case under Chapter 7

on 09/26/18. Form 1 assets were mainly taken from schedules filed 01/23/18 so assets and values may have changed.

aka Maria Sergeevna Wisniewski; dba Home Sweet Home Funding & Realty; fka Mariya Sergeevna Semikhatova

Initial Projected Date of Final Report (TFR): 12/31/18    Current Projected Date of Final Report (TFR): 06/30/20

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 18-30002 -SDM |
| Case Name: | RUCHKA, MARIYA SERGEEVNA |
| Taxpayer ID No: | *******7078 |
| For Period Ending: | 05/18/20 |

| | |
|---|---|
| Trustee Name: | E. LYNN SCHOENMANN |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0217  Rental Receipts |
| Blanket Bond (per case limit): | $ 999,999,999.99 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| C | 11/20/18 | 13 | MARIYA RUCHKA | Funds on Deposit | 1222-000 | 8,061.77 | | 8,061.77 |
| C | 11/20/18 | 13 | MARIYA RUCHKA | Funds on Deposit | 1222-000 | 5,225.11 | | 13,286.88 |
| C | 12/04/18 | 13 | MBLANCHARD/DHOCHEE | Dec Rent-168 24th St | 1222-000 | 1,793.00 | | 15,079.88 |
| C | 12/12/18 | 13 | US POSTAL SERVICE MO/ROGER A MOZQUEDA JR | Rent-Dec-166 24th St. | 1222-000 | 1,000.00 | | 16,079.88 |
| C | 12/12/18 | 13 | US POSTAL SERVICE MO/ROGER A MOZQUEDA JR | Rent-Dec-166 24th St. | 1222-000 | 817.00 | | 16,896.88 |
| * C | 12/18/18 | | MEGHAN STURGEON | Rent-Dec (Partial)-164 24th St. | 1222-003 | 400.00 | | 17,296.88 |
| * C | 01/02/19 | | MEGHAN STURGEON | Rent-Dec (Partial)-164 24th St. NSF-Ck retn 12/20/18 but not received in the office to date. | 1222-003 | -400.00 | | 16,896.88 |
| C | 01/07/19 | 13 | US POSTAL SERVICE MO/ M BLANCHARD | Jan Rent-168 28th St | 1222-000 | 1,000.00 | | 17,896.88 |
| C | 01/07/19 | 13 | US POSTAL SERVICE MO/ LARRY NICHOLAS | Jan Rent-3127 Geary | 1222-000 | 200.00 | | 18,096.88 |
| C | 01/07/19 | 13 | US POSTAL SERVICE MO/ LARRY NICHOLAS | Jan Rent-3127 Geary | 1222-000 | 1,000.00 | | 19,096.88 |
| C | 01/07/19 | 13 | US POSTAL SERVICE MO/ M BLANCHARD | Jan Rent-168 28th St | 1222-000 | 793.00 | | 19,889.88 |
| C | 01/07/19 | 005001 | RECOLOGY SUNSET SCAVENGER PO Box 60846 Los Angeles, CA  90060-0846 | Acct# 516180012 | 2420-000 | | 248.88 | 19,641.00 |
| C | 01/15/19 | 13 | US POSTAL SERVICE MO/ ROGER MOZQUEDA | Rent-Jan 166 28th St | 1222-000 | 1,000.00 | | 20,641.00 |
| C | 01/15/19 | 13 | US POSTAL SERVICE MO/ ROGER MOZQUEDA | Rent-Jan 166 28th St | 1222-000 | 817.00 | | 21,458.00 |
| C | 01/30/19 | 13 | MEGHAN STURGEON | Dec-Jan Rent less 330-164 28th St. | 1222-000 | 3,308.00 | | 24,766.00 |
| C | 01/30/19 | 13 | MEGHAN STURGEON | Dec-Jan Late Fees-164 28th St. | 1222-000 | 313.80 | | 25,079.80 |
| C | 02/04/19 | 13 | BANK OF AMERICA/ MARNA M BLANCHARD AND D HO CHEE | FEB RENT: 168 28TH ST | 1222-000 | 1,793.00 | | 26,872.80 |
| C | 02/14/19 | 13 | MEGHAN STURGEON | Rent-Feb-164 28th St | 1222-000 | 1,399.00 | | 28,271.80 |
| C | 02/14/19 | 13 | USPS MONEY ORDER/ LARRY NICHOLAS | Rent-Feb-3127 Geary | 1222-000 | 1,000.00 | | 29,271.80 |
| C | 02/14/19 | 13 | USPS MONEY ORDER/ LARRY NICHOLAS | Rent-Feb-3127 Geary | 1222-000 | 200.00 | | 29,471.80 |
| C | 02/19/19 | 13 | ROGER A MOZQUEDA JR | Rent-Feb-166 28th St | 1222-000 | 1,000.00 | | 30,471.80 |
| | | | | Page Subtotals | | 30,720.68 | 248.88 | |

UST Form 101-7-TFR (5/1/2011) (Page: 6)

LFORM24

Ver: 22.02d

Case: 18-30002    Doc# 186    Filed: 05/28/20    Entered: 05/28/20 13:31:32    Page 6 of 21

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 18-30002 -SDM | Trustee Name: | E. LYNN SCHOENMANN |
|---|---|---|---|
| Case Name: | RUCHKA, MARIYA SERGEEVNA | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0217 Rental Receipts |
| Taxpayer ID No: | *******7078 | | |
| For Period Ending: | 05/18/20 | Blanket Bond (per case limit): | $ 999,999,999.99 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 02/19/19 | 13 | ROGER A MOZQUEDA JR | Rent-Feb-166 28th St. | 1222-000 | 817.00 | | 31,288.80 |
| C | 02/19/19 | 005002 | INTERNATIONAL SURETIES, LTD | Bond# 016048574 | 2300-000 | | 5.54 | 31,283.26 |
| | | | 701 Poydras Street, Ste. 420 | | | | | |
| | | | New Orleans, LA 70139 | | | | | |
| C | 03/06/19 | 13 | MARNA BLANCHARD | Rent-Mar less Plumber costs-168 28t | | 993.00 | | 32,276.26 |
| | | | MARNA BLANCHARD | Memo Amount: 1,793.00 | 1222-000 | | | |
| | | | | Rent-Mar less Plumber costs-168 28t | | | | |
| | | | | [TOTAL COSTS = $800] | | | | |
| | | | ROBINSON MAINTENANCE | Memo Amount: ( 650.00 ) | 2420-000 | | | |
| | | | | MAINTAINANCE WORK PAID BY TENANT | | | | |
| | | | ROBINSON MAINTENANCE | Memo Amount: ( 150.00 ) | 2420-000 | | | |
| | | | | MAINTAINANCE WORK PAID BY TENANT | | | | |
| C | 03/06/19 | 13 | LARRY NICHOLAS | Rent-Mar19-3127 Geary | 1222-000 | 1,000.00 | | 33,276.26 |
| C | 03/06/19 | 13 | LARRY NICHOLAS | Rent-Mar19-3127 Geary | 1222-000 | 200.00 | | 33,476.26 |
| C | 03/07/19 | 005003 | SF PUC WATER DEPARTMENT | Acct# 3184757032-11/6/18-2/6/19 Svc | 2420-000 | | 885.76 | 32,590.50 |
| | | | Customer Accounts, C&L Unit | | | | | |
| | | | 525 Golden Gate Ave, 2nd Floor | | | | | |
| | | | San Francisco, CA 94102 | | | | | |
| C | 03/12/19 | 005004 | SF PUC WATER DEPARTMENT | Acct# 3184757032-2/7/19 - 3/6/19 Sv | 2420-000 | | 267.70 | 32,322.80 |
| | | | Customer Accounts, C&L Unit | | | | | |
| | | | 525 Golden Gate Ave, 2nd Floor | | | | | |
| | | | San Francisco, CA 94102 | | | | | |
| C | 03/14/19 | 13 | ROGER MOZQUEDA JR | Rent-Mar-166 28th St | 1222-000 | 1,000.00 | | 33,322.80 |
| C | 03/14/19 | 13 | ROGER MOZQUEDA JR | Rent-Mar-166 28th St. | 1222-000 | 817.00 | | 34,139.80 |
| C | 04/09/19 | 13 | ST PAUL PARISH/ MEGHAN STURGEON | Parial Rent- April-164 28th | 1222-000 | 700.00 | | 34,839.80 |
| C | 04/09/19 | 13 | US POSTAL ORDER/ LARRY NICHOLAS | Rent-April-3127 Geary | 1222-000 | 1,000.00 | | 35,839.80 |
| C | 04/09/19 | 13 | US POSTAL ORDER/ LARRY NICHOLAS | Rent-April-3127 Geary | 1222-000 | 200.00 | | 36,039.80 |
| C | 04/09/19 | 13 | BofA CC/ DARRELL HO CHEE | Rent-April-168 28th | 1222-000 | 1,793.00 | | 37,832.80 |
| C | 04/09/19 | 13 | ANN PESA & MICHAEL J STURGION/ MEGHAN | Rent Balance-April-164 28th | 1222-000 | 869.00 | | 38,701.80 |
| | | | | Page Subtotals | | 9,389.00 | 1,159.00 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit B**

| | | |
|---|---|---|
| Case No: | 18-30002  -SDM | |
| Case Name: | RUCHKA, MARIYA SERGEEVNA | |

| | |
|---|---|
| Trustee Name: | E. LYNN SCHOENMANN |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0217  Rental Receipts |

| | |
|---|---|
| Taxpayer ID No: | *******7078 |
| For Period Ending: | 05/18/20 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 999,999,999.99 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 04/09/19 | 005005 | S RECOLOGY SUNSET SCAVENGER PO Box 60846 Los Angeles, CA  90060-0846 | Acct# 516180012 - 3/1 - 5/31 Svc | 2420-000 | | 266.22 | 38,435.58 |
| C | 04/16/19 | 13 | ROGER MOZQUEDO, JR | Rent-April-166 28th St | 1222-000 | 1,000.00 | | 39,435.58 |
| C | 04/16/19 | 13 | ROGER MOZQUEDO, JR. | Rent-April-166 28th St. | 1222-000 | 817.00 | | 40,252.58 |
| C | 04/17/19 | 005006 | SF PUC WATER DEPARTMENT Customer Accounts, C&L Unit 525 Golden Gate Ave, 2nd Floor San Francisco, CA  94102 | Acct# 3184757032-3/7/19 - 4/5/19 Sv | 2420-000 | | 221.41 | 40,031.17 |
| * C | 05/07/19 | | MARNA BLANCHARD/D HO CHEE | Rent-May-168 28th | 1222-003 | 1,796.00 | | 41,827.17 |
| C | 05/07/19 | 13 | LARRY NICHOLAS | Rent-May-3127 Geary | 1222-000 | 1,000.00 | | 42,827.17 |
| C | 05/07/19 | 13 | LARRY NICHOLS | Rent-May-3127 Geary | 1222-000 | 200.00 | | 43,027.17 |
| * C | 05/08/19 | | MARNA BLANCHARD/D HO CHEE | Rent-May-168 28th Incorrect Amount | 1222-003 | -1,796.00 | | 41,231.17 |
| C | 05/08/19 | 13 | MARNA BLANCHARD/D HO CHEE | Rent-May-168 28th | 1222-000 | 1,793.00 | | 43,024.17 |
| C | 05/14/19 | 13 | ROGER MEZQUEDA, JR | Rent-May-166 28th | 1222-000 | 1,000.00 | | 44,024.17 |
| C | 05/14/19 | 13 | ROGER MOZQUEDA, JR | Rent-May-166 28th | 1222-000 | 817.00 | | 44,841.17 |
| C | 05/14/19 | 005007 | SF PUC WATER DEPARTMENT Customer Accounts, C&L Unit 525 Golden Gate Ave, 2nd Floor San Francisco, CA  94102 | Acct# 3184757032-4/6/19 - 5/7/19 Sv | 2420-000 | | 252.82 | 44,588.35 |
| C | 06/06/19 | 13 | US PO/ LARRY NICHOLAS | Rent-June-3127 Geary | 1222-000 | 1,000.00 | | 45,588.35 |
| C | 06/06/19 | 13 | US PO/ LARRY NICHOLAS | Rent-June-327 Geary | 1222-000 | 200.00 | | 45,788.35 |
| C | 06/12/19 | 13 | USPS MO/ BLANCHARD & HO CHEE | Rent-June-168 28th St | 1222-000 | 1,000.00 | | 46,788.35 |
| C | 06/12/19 | 13 | USPS MO/ BLANCHARD & HO CHEE | Rent-June-168 28th St. | 1222-000 | 793.00 | | 47,581.35 |
| C | 06/18/19 | 13 | USPS MO/ R MOZQUEDA JR | Rent-June-166 28th St | 1222-000 | 1,000.00 | | 48,581.35 |
| C | 06/18/19 | 13 | USPS MO/ R MOZQUEDA JR | Rent-June-166 28th St. | 1222-000 | 817.00 | | 49,398.35 |
| C | 06/18/19 | 005008 | SF PUC WATER DEPARTMENT | Acct# 3184757032-5/8/19 - 6/6/19 Sv | 2420-000 | | 162.94 | 49,235.41 |
| | | | | Page Subtotals | | 11,437.00 | 903.39 | |

LFORM24  UST Form 101-7-TFR (5/1/2011) (Page: 8)

Case: 18-30002    Doc# 186    Filed: 05/28/20    Entered: 05/28/20 13:31:32    Page 8 of 21

Ver: 22.02d

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 18-30002 -SDM | | Trustee Name: | E. LYNN SCHOENMANN |
| Case Name: | RUCHKA, MARIYA SERGEEVNA | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0217  Rental Receipts |
| Taxpayer ID No: | *******7078 | | | |
| For Period Ending: | 05/18/20 | | Blanket Bond (per case limit): | $ 999,999,999.99 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Customer Accounts, C&L Unit | | | | | |
| | | | 525 Golden Gate Ave, 2nd Floor | | | | | |
| | | | San Francisco, CA 94102 | | | | | |
| C | 06/26/19 | | Transfer to Acct #*******0266 | Bank Funds Transfer | 9999-000 | | 5,225.11 | 44,010.30 |
| | | | | Initial bank account sweep | | | | |
| C | 06/26/19 | | Transfer to Acct #*******0266 | Bank Funds Transfer | 9999-000 | | 8,061.77 | 35,948.53 |
| | | | | Initial bank account sweep | | | | |
| C | 07/11/19 | 13 | LARRY NICHOLAS | Rent-July-3127 Geary | 1222-000 | 1,000.00 | | 36,948.53 |
| C | 07/11/19 | 13 | LARRY NICHOLAS | Rent-July-3127 Geary | 1222-000 | 200.00 | | 37,148.53 |
| * C | 07/18/19 | 005009 | ALLRISE FINANCIAL GROUP, INC. | SETTLEMENT PAYMENT | 1249-004 | | 25,423.53 | 11,725.00 |
| | | | % Joshua Scheer | | | | | |
| | | | Scheer Law Group, LLP | | | | | |
| | | | 26522 La Alameda, Suite 205 | | | | | |
| | | | Mission Viejo, CA 92691 | | | | | |
| C | 08/13/19 | 13 | LARRY NICHOLAS | Rent-Aug-Geary Blvd | 1222-000 | 1,000.00 | | 12,725.00 |
| C | 08/13/19 | 13 | LARRY NICHOLAS | Rent-Aug-Geary Blvd | 1222-000 | 200.00 | | 12,925.00 |
| C | 09/12/19 | 13 | US POSTAL MO/ LARRY NICHOLAS | Rent-Sept3127 Geary | 1222-000 | 1,000.00 | | 13,925.00 |
| C | 09/12/19 | 13 | LARRY NICHOLAS | Rent-Sept-3127 Geary | 1222-000 | 200.00 | | 14,125.00 |
| C | 10/15/19 | 13 | LARRY NICHOLS | Rent-Oct-3127 Geary | 1222-000 | 1,000.00 | | 15,125.00 |
| C | 10/15/19 | 13 | LARRY NICHOLS | Rent-Oct-3127 Geary | 1222-000 | 200.00 | | 15,325.00 |
| * C | 10/23/19 | 005009 | ALLRISE FINANCIAL GROUP, INC. | Stop Payment Reversal | 1249-004 | | -25,423.53 | 40,748.53 |
| | | | % Joshua Scheer | STOP PAYMENT | | | | |
| | | | Scheer Law Group, LLP | | | | | |
| | | | 26522 La Alameda, Suite 205 | | | | | |
| | | | Mission Viejo, CA 92691 | | | | | |
| * C | 10/31/19 | 005010 | ALLRISE FINANCIAL GROUP, INC. | SETTLEMENT PAYMENT | 1249-004 | | 25,423.53 | 15,325.00 |
| | | | % Joshua Scheer | | | | | |
| | | | Scheer Law Group, LLP | | | | | |
| | | | 85 Argonaut, Suite 202 | | | | | |
| | | | | Page Subtotals | | 4,800.00 | 38,710.41 | |

Case: 18-30002   Doc# 186   Filed: 05/28/20   Entered: 05/28/20 13:31:32   Page 9 of 21

Ver: 22.02d

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 18-30002 -SDM |
| Case Name: | RUCHKA, MARIYA SERGEEVNA |

| Taxpayer ID No: | *******7078 |
| For Period Ending: | 05/18/20 |

| Trustee Name: | E. LYNN SCHOENMANN |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0217 Rental Receipts |

| Blanket Bond (per case limit): | $ 999,999,999.99 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * C  11/13/19 | 005010 | Aliso Viejo, CA  92656<br>ALLRISE FINANCIAL GROUP, INC.<br>% Joshua Scheer<br>Scheer Law Group, LLP<br>85 Argonaut, Suite 202<br>Aliso Viejo, CA  92656 | Stop Payment Reversal<br>STOP PAYMENT | 1249-004 | | -25,423.53 | 40,748.53 |
| C  11/13/19 | 005011 | MAXVI 1, LLC<br>% Joshua Scheer<br>Scheer Law Group, LLP<br>85 Argonaut, Suite 202<br>Aliso Viejo, CA  92656 | 28TH ST RENTS RETURNED<br>PER STIPULATION<br>06/27/19: Per stipulation re automatic stay; Doc#162 | 4210-000 | | 25,423.53 | 15,325.00 |
| C  11/19/19 | 13 | LARRY NICHOLAS | Nov Rent - Geary St. | 1222-000 | 1,000.00 | | 16,325.00 |
| C  11/19/19 | 13 | LARRY NICHOLS | Nov Rent-Geary St. | 1222-000 | 200.00 | | 16,525.00 |
| C  01/22/20 | 005012 | INTERNATIONAL SURETIES, LTD<br>701 Polydras St., Ste. 420<br>New Orleans, LA  70139 | Blanket Bond# 016048574 | 2300-000 | | 64.94 | 16,460.06 |
| C  02/18/20 | 005013 | KEYBANK NATIONAL ASSOCIATION as Trustee<br>% Rachel Mashburn<br>11501 Ourlook Street, Ste. 300<br>Overland Park, KS  66211 | Geary Property Rents RETURNED<br>RENTS RETURNED DUE TO ABANDONMENT<br>OF PROPERTY | 4210-000 | | 13,200.00 | 3,260.06 |
| C  03/04/20 | | Transfer to Acct #*******0266 | Bank Funds Transfer<br>Consolidating accounts | 9999-000 | | 3,260.06 | 0.00 |

| | | Page Subtotals | | | 1,200.00 | 16,525.00 | |

Case: 18-30002   Doc# 186   Filed: 05/28/20   Entered: 05/28/20 13:31:32   Page 10 of 21

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          18-30002  -SDM

Case Name:      RUCHKA, MARIYA SERGEEVNA

Taxpayer ID No:  *******7078

For Period Ending:  05/18/20

Trustee Name:          E. LYNN SCHOENMANN

Bank Name:              Axos Bank

Account Number / CD #:  *******0217  Rental Receipts

Blanket Bond (per case limit):  $ 999,999,999.99

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 1,793.00 | COLUMN TOTALS | 57,546.68 | 57,546.68 | 0.00 |
| Memo Allocation Disbursements: | 800.00 | Less: Bank Transfers/CD's | 0.00 | 16,546.94 | |
| | | Subtotal | 57,546.68 | 40,999.74 | |
| Memo Allocation Net: | 993.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 57,546.68 | 40,999.74 | |

Page Subtotals                    0.00                    0.00

Case: 18-30002    Doc# 186    Filed: 05/28/20    Entered: 05/28/20 13:31:32    Page 11 of 21

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 18-30002 -SDM | | Trustee Name: | E. LYNN SCHOENMANN |
|---|---|---|---|---|
| Case Name: | RUCHKA, MARIYA SERGEEVNA | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0266  Estate Account |
| Taxpayer ID No: | *******7078 | | | |
| For Period Ending: | 05/18/20 | | Blanket Bond (per case limit): | $ 999,999,999.99 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  06/26/19 | | Transfer from Acct #*******0217 | Bank Funds Transfer | 9999-000 | 5,225.11 | | 5,225.11 |
| | | | Initial bank account sweep | | | | |
| C  06/26/19 | | Transfer from Acct #*******0217 | Bank Funds Transfer | 9999-000 | 8,061.77 | | 13,286.88 |
| | | | Initial bank account sweep | | | | |
| C  07/31/19 | | NORTH AMERICAN TITLE CO INC | Carve Out Proceeds fr Sale | | 100,000.00 | | 113,286.88 |
| | 4 | NORTH AMERICAN TITLE CO INC | Memo Amount:       2,300,000.00 | 1210-000 | | | |
| | | | GROSS RECEIPTS: SALE OF LAGUNA ST | | | | |
| | | | [2.3K GROSS - 100K CARVE OUT PROCEEDS | | | | |
| | | | FROM SALE = TOTAL EXPENSE OF 2,200,000] | | | | |
| | | CALIFORNIA TD SPECIALISTS | Memo Amount:    (   2,093,303.86 ) | 4110-000 | | | |
| | | | MORTGAGE PAYOFF | | | | |
| | | GOVERNMENT RECORDING & TRANSFER | Memo Amount:    (       17,279.00 ) | 2820-000 | | | |
| | | | CHARGES IN SALE OF LAGUNA ST | | | | |
| | | TAXES IN SALE OF LAGUNA ST | Memo Amount:    (       89,417.14 ) | 4700-000 | | | |
| | | | TAXES IN SALE OF LAGUNA ST | | | | |
| C  03/04/20 | | Transfer from Acct #*******0217 | Bank Funds Transfer | 9999-000 | 3,260.06 | | 116,546.94 |
| | | | Consolidating accounts | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 2,300,000.00 | COLUMN TOTALS | 116,546.94 | 0.00 | 116,546.94 |
| Memo Allocation Disbursements: | 2,200,000.00 | Less: Bank Transfers/CD's | 16,546.94 | 0.00 | |
| | | Subtotal | 100,000.00 | 0.00 | |
| Memo Allocation Net: | 100,000.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 100,000.00 | 0.00 | |

| | | | NET | ACCOUNT |
|---|---|---|---|---|
| Total Allocation Receipts: | 2,301,793.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 2,200,800.00 | Rental Receipts - *******0217 | 57,546.68 | 40,999.74 | 0.00 |
| | | Estate Account - ********0266 | 100,000.00 | 0.00 | 116,546.94 |
| Total Memo Allocation Net: | 100,993.00 | | ---------------------- | ---------------------- | ---------------------- |
| | | | 157,546.68 | 40,999.74 | 116,546.94 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 116,546.94 | 0.00 |

Case: 18-30002    Doc# 186    Filed: 05/28/20    Entered: 05/28/20 13:31:32    Page 12 of 21

Case No:        18-30002  -SDM

Case Name:      RUCHKA, MARIYA SERGEEVNA

Taxpayer ID No:   *******7078

For Period Ending:  05/18/20

Trustee Name:          E. LYNN SCHOENMANN

Bank Name:             Axos Bank

Account Number / CD #:   *******0266  Estate Account

Blanket Bond (per case limit):   $ 999,999,999.99

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  |  | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|

Case: 18-30002   Doc# 186   Filed: 05/28/20   Entered: 05/28/20 13:31:32   Page 13 of 21

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: May 18, 2020

| Case Number: | 18-30002 | | | | | | |
|---|---|---|---|---|---|---|---|
| Debtor Name: | RUCHKA, MARIYA SERGEEVNA | | Claim Class Sequence | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 3420-00 | BACHECKI CROM & CO LLP CERTIFIED PUBLIC ACCOUNTANTS 400 OYSTER POINT BLVD STE 106 SOUTH SAN FRANCISCO CA 94080 | Administrative | | $0.00 | $165.11 | $165.11 |
| 002 3410-00 | BACHECKI CROM & CO LLP CERTIFIED PUBLIC ACCOUNTANTS 400 OYSTER POINT BLVD STE 106 SOUTH SAN FRANCISCO CA 94080 | Administrative | | $0.00 | $40,106.00 | $40,106.00 |
| 001 3220-00 | PACHULSKI STANG ZIEHL & JONES KENNETH H BROWN 150 CALIFORNIA ST 15TH FL SAN FRANCISCO CA 94111-4500 | Administrative | | $0.00 | $1,421.59 | $1,421.59 |
| 002 3210-00 | PACHULSKI STANG ZIEHL & JONES KENNETH H BROWN 150 CALIFORNIA ST 15TH FL SAN FRANCISCO CA 94111-4500 | Administrative | | $0.00 | $168,071.40 | $168,071.40 |
| 002 2420-00 | SF PUC WATER DEPARTMENT 525 GOLDEN GATE AVE 2NN FL SAN FRANCISCO CA 94102 | Administrative | | $0.00 | $2,590.63 | $2,590.63 |
| 002 2420-00 | RECOLOGY SUNSET SCAVENGER POB 60846 LOS ANGELES CA 90060-0846 | Administrative | | $0.00 | $515.10 | $515.10 |
| 002 2100-00 | E LYNN SCHOENMANN CHAPTER 7 TRUSTEE 35 MILLER AVE #298 MILL VALLEY CA 94941-1903 | Administrative | | $0.00 | $94,000.40 | $94,000.40 |
| 000011 002 2950-00 | OFFICE OF THE UNITED STATES TRUSTEE 450 GOLDEN GATE AVE 5TH FL STE #05-0153 SAN FRANCISCO CA 94102 | Administrative | | $0.00 | $975.00 | $975.00 |
| 000013A 009 6210-00 | OXANA KOZLOV 649 DUNHOLME WAY SUNNYVALE CA 94087 | Administrative | | $0.00 | $9,285.00 | $9,285.00 |
| ASSET4 004 2820-00 | GOVERNMENT RECORDING & TRANSFER | Administrative | | $0.00 | $17,279.00 | $17,279.00 |

Case: 18-30002    Doc# 186    Filed: 05/28/20    Entered: 05/28/20 13:31:32    Page 14 of 21

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number:    18-30002
Debtor Name:    RUCHKA, MARIYA SERGEEVNA

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000003B 045 5800-00 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATION POB 7346 PHILADELPHIA PA 19101 | Priority | | $61,000.00 | $21,759.06 | $21,759.06 |
| 000004 070 7100-00 | MIDLAND CREDIT MANAGEMENT INC AS AGENT FOR ASSET ACCEPTANCE LLC POB 2036 WARREN MI 48090 | Unsecured | | $0.00 | $1,580.50 | $1,580.50 |
| 000006 070 7100-00 | MEGHAN STURGEON C/O STEPHEN L. COLLIER TENDERLOIN HOUSING CLINIC INC 126 HYDE ST SAN FRANCISCO CA 94102 | Unsecured | | $0.00 | $200,000.00 | $200,000.00 |
| 000007 070 7100-00 | ROGER MOZQUEDA C/O STEPHEN L. COLLIER TENDERLOIN HOUSING CLINIC INC 126 HYDE ST 2ND FL SAN FRANCISCO CA 94102 | Unsecured | | $0.00 | $200,000.00 | $200,000.00 |
| 000008 070 7100-00 | DARRELL HO CHEE C/O STEPHEN L COLLIER TENDERLOIN HOUSING CLINIC INC 126 HYDE ST 2ND FL SAN FRANCISCO CA 94102 | Unsecured | | $0.00 | $200,000.00 | $200,000.00 |
| 000014 070 7100-00 | ALIAKSEI SILIN C/O JC LAW GROUP PC 1900 S NORFOLK ST STE 350 SAN MATEO CA 94403 | Unsecured | | $0.00 | $258,916.00 | $258,916.00 |
| 050 4210-00 | KEYBANK NATIONAL ASSOCIATION as Trustee C/O RACHEL MASHBURN 11501 OUTLOOK ST STE 300 OVERLAND PARK KS 66211 | Secured | | $0.00 | $13,200.00 | $13,200.00 |
| 000001 050 4110-00 | MERCEDES-BENZ FINANCIAL SVCS USA LLC C/O BK SERVICING LLC POB 131265 ROSEVILLE MN 55113-0011 | Secured | | $68,000.00 | $67,925.00 | $67,925.00 |

Case: 18-30002    Doc# 186    Filed: 05/28/20    Entered: 05/28/20 13:31:32    Page 15 of 21

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: May 18, 2020

Case Number: 18-30002
Debtor Name: RUCHKA, MARIYA SERGEEVNA

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000002 050 4110-00 | THE EVERGREEN ADVANTAGE LLC LAW OFFICES OF EDWARD T WEBER 17151 NEWHOPE ST STE 203 FOUNTAIN VALLEY CA 92708 | Secured | | $0.00 | $1,902,804.71 | $1,902,804.71 |
| 000003A 050 4110-00 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATION POB 7346 PHILADELPHIA PA 19101 | Secured | | $0.00 | $52,938.19 | $52,938.19 |
| 000005 050 4110-00 | MARNA BLANCHARD C/O STEPHEN L COLLIER TENDERLOIN HOUSING CLINIC INC 126 HYDE ST SAN FRANCISCO CA 94102 | Secured | | $0.00 | $200,000.00 | $200,000.00 |
| 000009 050 4110-00 | GEORGE WASHINGTON LENDING INC AS SERVICING AGENT 26522 LA ALAMEDA STE 205 MISSION VIEJO CA 92691 | Secured | | $0.00 | $1,542,020.76 | $1,542,020.76 |
| 000010 050 4110-00 | GEORGE WASHINGTON LENDING INC AS SERVICING AGENT 26522 LA ALAMEDA STE 205 MISSION VIEJO CA 92691 | Secured | | $0.00 | $1,377,922.73 | $1,377,922.73 |
| 000012 050 4110-00 | WELLS FARGO BANK NA AS TRUSTEE C/O DAVID D FERGUSON POLSINELLI PC 900 WEST 48TH PLACE STE 900 KANSAS CITY MO 64112 | Secured | | $0.00 | $180,774.20 | $180,774.20 |
| 28TH ST 050 4210-00 | MAXVI 1 LLC C/O JOSHUA SCHEER SCHEER LAW GROUP LLP 85 ARGONAUT STE 202 ALISO VIEJO CA 92656 | Secured | | $0.00 | $25,423.53 | $25,423.53 |
| ASSET4 050 4700-00 | TAXES IN SALE OF LAGUNA ST | Secured | | $0.00 | $89,417.14 | $89,417.14 |
| ASSET4 050 4110-00 | CALIFORNIA TD SPECIALISTS | Secured | | $0.00 | $2,093,303.86 | $2,093,303.86 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number:   18-30002
Debtor Name:   RUCHKA, MARIYA SERGEEVNA

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $129,000.00 | $8,762,394.91 | $8,762,394.91 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

Case: 18-30002   Doc# 186   Filed: 05/28/20   Entered: 05/28/20 13:31:32   Page 17 of 21

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-30002 SDM
Case Name: RUCHKA, MARIYA SERGEEVNA
Trustee Name: E. LYNN SCHOENMANN

Balance on hand $ 116,546.94

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | MERCEDES-BENZ FINANCIAL SVCS USA LLC | $ 67,925.00 | $ 67,925.00 | $ 0.00 | $ 0.00 |
| 000002 | THE EVERGREEN ADVANTAGE LLC | $ 1,902,804.71 | $ 1,902,804.71 | $ 0.00 | $ 0.00 |
| 000003A | INTERNAL REVENUE SERVICE | $ 52,938.19 | $ 52,938.19 | $ 0.00 | $ 0.00 |
| 000005 | MARNA BLANCHARD | $ 200,000.00 | $ 200,000.00 | $ 0.00 | $ 0.00 |
| 000009 | GEORGE WASHINGTON LENDING INC | $ 1,542,020.76 | $ 1,542,020.76 | $ 0.00 | $ 0.00 |
| 000010 | GEORGE WASHINGTON LENDING INC | $ 1,377,922.73 | $ 1,377,922.73 | $ 0.00 | $ 0.00 |
| 000012 | WELLS FARGO BANK NA AS TRUSTEE | $ 180,774.20 | $ 180,774.20 | $ 0.00 | $ 0.00 |
| 28TH ST | MAXVI 1 LLC | $ 25,423.53 | $ 25,423.53 | $ 25,423.53 | $ 0.00 |
| ASSET4 | CALIFORNIA TD SPECIALISTS | $ 2,093,303.86 | $ 2,093,303.86 | $ 2,093,303.86 | $ 0.00 |
| ASSET4 | TAXES IN SALE OF LAGUNA ST | $ 89,417.14 | $ 89,417.14 | $ 89,417.14 | $ 0.00 |

Case: 18-30002   Doc# 186   Filed: 05/28/20   Entered: 05/28/20 13:31:32   Page 18 of 21

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | KEYBANK NATIONAL ASSOCIATION as Trustee | $ 13,200.00 | $ 13,200.00 | $ 13,200.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 116,546.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: E. LYNN SCHOENMANN | $ 94,000.40 | $ 0.00 | $ 35,626.57 |
| Trustee Expenses: E. LYNN SCHOENMANN | $ 63.99 | $ 0.00 | $ 63.99 |
| Attorney for Trustee Fees: PACHULSKI STANG ZIEHL & JONES | $ 168,071.40 | $ 0.00 | $ 63,699.80 |
| Attorney for Trustee Expenses: PACHULSKI STANG ZIEHL & JONES | $ 1,421.59 | $ 0.00 | $ 1,421.59 |
| Accountant for Trustee Fees: BACHECKI CROM & CO LLP | $ 40,106.00 | $ 0.00 | $ 15,200.35 |
| Accountant for Trustee Expenses: BACHECKI CROM & CO LLP | $ 165.11 | $ 0.00 | $ 165.11 |
| Fees: OFFICE OF THE UNITED STATES TRUSTEE | $ 975.00 | $ 0.00 | $ 369.53 |
| Other: RECOLOGY SUNSET SCAVENGER | $ 515.10 | $ 515.10 | $ 0.00 |
| Other: SF PUC WATER DEPARTMENT | $ 2,590.63 | $ 2,590.63 | $ 0.00 |
| Other: GOVERNMENT RECORDING & TRANSFER | $ 17,279.00 | $ 17,279.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 116,546.94

Remaining Balance $ 0.00

Case: 18-30002   Doc# 186   Filed: 05/28/20   Entered: 05/28/20 13:31:32   Page 19 of 21

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): OXANA KOZLOV | $ 9,285.00 | $ 0.00 | $ 0.00 |

Total to be paid for prior chapter administrative expenses    $ 0.00

Remaining Balance    $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 21,759.06  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

Case: 18-50002    Doc# 186    Filed: 05/28/20    Entered: 05/28/20 13:31:32    Page 20 of 21

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Case: 18-50002    Doc# 186    Filed: 05/28/20    Entered: 05/28/20 13:31:32    Page 21 of 21