# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

IN RE:

RUCHKA, MARIYA SERGEEVNA

Debtor(s)

Case No. 18-30002 SDM

Chapter 7

## APPLICATION OF TRUSTEE FOR COMPENSATION

**TO: THE HONORABLE DENNIS MONTALI, United States Bankruptcy Judge**

The Application of E. Lynn Schoenmann, brought pursuant to Section 330, Bankruptcy Code, respectfully shows that she is duly appointed Trustee in Bankruptcy in the above captioned estate, that the assets of said debtor have been liquidated, and that there came into the hands of the undersigned Trustee for disbursements the total sum of $2,358,346.68.

In the administration of said estate, your applicant has performed those services required by a Trustee.

Your applicant deems said services to be reasonably worth $35,626.57. The statutory allowance is the sum of $94,000.40 and your applicant has heretofore received on account of her compensation as such Trustee the sum of $0.00.

Your applicant has not in any form or guise agreed to share the compensation for such services with any person not contributing thereto, or to share in the compensation of any person rendering services in this proceeding to which services applicant has not contributed (other than a law partner or forwarding Attorney at Law). Your applicant has not entered into any agreement, written or oral, express or implied, with any other party in interest or any attorney of any other party in interest in this proceeding for the purpose of fixing the amount of fees or other compensation to be paid to any party in interest, or any attorney of any party in interest herein for services rendered in connection therewith.

As said Trustee, your applicant has paid out of her own funds the following expenses properly chargeable to said estate, none of which have been repaid, and for which she prays reimbursement, to wit:

| | | |
|---|---|---|
| Bridge Toll | $ | 6.00 |
| Copies | $ | 11.00 |
| Mileage | $ | 21.07 |
| Notary Fee | $ | 15.00 |
| Postage | $ | 10.92 |
| TOTAL: | $ | 63.99 |

WHEREFORE, E. LYNN SCHOENMANN prays for such allowance for her services herein as the Court finds reasonable and just.

Dated this 18th day of May, 2020.

/s/ E. Lynn Schoenmann
E. LYNN SCHOENMANN, TRUSTEE

# Compensation and Expenses Worksheet

**Case Number:** 18-30002 SDM
**Debtor:** RUCHKA, MARIYA SERGEEVNA

## 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are: $2,358,346.68

Pursuant to 11 U.S.C. § 326, compensation is computed as follows:

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | $2,358,346.68 | 25% of First $5,000 | $1,250.00 |
| Less | - | $5,000.00 | ($1250 Maximum) |  |
|  | Balance | $2,353,346.68 | 10% of Next $45,000 | $4,500.00 |
| Less | - | $45,000.00 | ($4,500 Maximum) |  |
|  | Balance | $2,308,346.68 | 5% of Next $950,000 | $47,500.00 |
| Less | - | $950,000.00 | ($47,500 Maximum) |  |
|  | Balance | $1,358,346.68 | 3% of Balance | $40,750.40 |

| | |
|---|---|
| TOTAL COMPENSATION CALCULATED: | $94,000.40 |
| Less Previously Paid Compensation: | $0.00 |
| **TOTAL COMPENSATION:** | **$94,000.40** |
| **TOTAL COMPENSATION REQUESTED:** | **$35,626.57** |

## 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| | |
|---|---|
| BRIDGE: Bridge Toll 1 each @ 6.00 / each | $6.00 |
| COPY: Copies 55 Pages @ 0.20 / Pages | $11.00 |
| MILEAG: Mileage 36 MILE @ 0.55 / MILE | $19.95 |
| MILEAG: Mileage 2 MILE @ 0.56 / MILE | $1.12 |
| NOT: Notary Fee 1 @ 15.00 / | $15.00 |
| POST: Postage 5 Each @ 0.47 / Each | $2.35 |
| POST: Postage 10 Each @ 0.50 / Each | $5.00 |
| POST: Postage 1 Each @ 1.15 / Each | $1.15 |
| POST: Postage 2 Each @ 1.21 / Each | $2.42 |

| | |
|---|---|
| TOTAL EXPENSES CALCULATED: | $63.99 |
| Less Previously Paid Expenses: | $0.00 |
| **TOTAL EXPENSES REQUESTED:** | **$63.99** |

**TOTAL EXPENSES AND COMPENSATION REQUESTED:**      **$94,064.39**

E. Lynn Schoenmann, Trustee
35 Miller Avenue #298
Mill Valley CA 94941
Telephone 415-569-4390
Facsimile 415-362-0416
email lschoenmann@earthlink.net

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 18-30002 DM |
| ) | |
| MARIYA SERVEEVNA RUCHKA, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |

# FINAL APPLICATION FOR COMPENSATION BY CHAPTER 7 TRUSTEE

E. Lynn Schoenmann hereby submits her *First and Final Application for Compensation and Reimbursement of Expenses* in connection with her administration of the Chapter 7 Bankruptcy Estate of Mariya Sergeevna Ruchka ("Debtor").

The Debtor, a real estate agent who also maintained a business making jewelry, filed a voluntary chapter 11 petition in this Court on January 2, 2018. On September 26, 2018 the Court entered an order converting Debtor's case from one under Chapter 11 to one under Chapter 7 and Applicant was appointed Trustee.

Applicant reviewed the petition and schedules. Applicant conducted the Section 341

1

Case: 18-30002 Doc# 187 Filed: 05/28/20 Entered: 05/28/20 13:34:08 Page 5 of 26

Meeting of Creditors and examined the Debtor under oath. Applicant, with court approval, employed counsel and an accountant for the estate, and a real estate broker to market four parcels of real property. Applicant obtained turnover of estate bank accounts maintained by the Debtor.

The Debtor's *Summary of Assets and Liabilities*, including Schedule A/B, identified four parcels of real property and a valuable inventory of jewelry. The Debtor's original bankruptcy schedules valued the jewelry at over $500,000 but that valuation was later reduced to $46,718. Applicant took possession of a significant portion of the jewelry. An inspection of the jewelry suggested that contrary to the Debtor's valuation, it was of inconsequential value, which was subsequently confirmed by an appraisal performed at Clars Auction House, who opined that the entire inventory would bring no more than $1,500.00 at auction. Additional jewelry not turned over but documented by inventory with photographs was evaluated by an appraiser specializing in fine jewelry at Heritage Auction House, and again Applicant was advised that the jewelry was costume and of inconsequential value. In Applicant's judgment, after costs the liquidation of jewelry of such inconsequential value would have realized nothing for the estate.

The Debtor's real estate holdings included a single family home in Tiburon ("Tiburon Property") and three mixed residential and commercial properties in San Francisco: (i) a small commercial space located at 3127 Geary Boulevard ("Geary Property"), (ii) a multi-unit residential building located at 164-168 28th Street ("28th Street Property"), and (iii) a commercial/residential building located at 1619 Laguna Street ("Laguna Property"). Applicant understood that the Debtor resided in the upstairs portion of the Laguna Property and used part of the downstairs of the property for jewelry making and rented the remaining commercial space to a tenant.

2

According to the Debtor, all of the real properties except the 28th Street Property were held as fee simple. The Debtor co-owned the 28th Street Property with Aliakaei Silin ("Co-Owner") with each party holding an undivided 50% interest. Title was originally held by the Debtor who subsequently transferred a 50% interest to the Co-Owner.

The Debtor's schedules showed the properties generated rent and had been valued at approximately $4,875,000. The Debtor, however, was in default on her mortgage obligations on each of the properties and the secured lenders on the 28th Street Property and Laguna Property had filed relief from stay motions, seeking to proceed with foreclosure on their deeds of trust. A notice of default had also been recorded against the Tiburon Property but no foreclosure had been scheduled.

Applicant sought and obtained an operating order authorizing her to operate the properties, including collection of rents and payment of all operating expenses, pending their sale. Applicant collected rents and paid all operating expenses throughout her marketing efforts, ultimately turning net rents over to the secured creditors at abandonment.

Applicant contacted local real estate brokers to offer opinions of value. Applicant was advised that the Tiburon Property held no equity for the estate and it was therefore abandoned early in the administration of the estate. However, the consensus was that the remaining properties could likely be sold for amounts above the secured debt and transaction costs and provide a benefit to the estate. Ultimately, however, tenant issues and other problems affecting the marketability of the properties hampered Applicant's sale efforts such that only the Laguna Property could be sold. All other assets have been, or will be at case closing, abandoned.

As noted above, the Laguna Property was a mixed use two-story building in San

3

Francisco which was used by the Debtor as her residence and work space and leased to a tenant who occupied a portion of the lower level of the building. Applicant understood that the tenant had not paid rent since at least 2018 and had filed a complaint with the San Francisco housing board, alleging various issues relating to the habitability of the unit. The tenant continued to refuse to pay rent after Applicant's appointment.

Despite aggressive marketing efforts, no offers were received for the property. The secured lender, Evergreen Advantage LLC ("Evergreen") moved for relief from the automatic stay in order to foreclose on its deed of trust securing indebtedness of approximately $2.4 million. Evergreen agreed to defer its foreclosure to permit an additional three months of marketing. However, shortly before the continued foreclosure sale, Applicant received an offer from Debtor's wholly owned company, Home Sweet Home Realty and Funding, Inc., and an individual investor, at $2.3 million.

Evergreen consented to Applicant's proposed short sale transaction, subject to overbid, and further agreed to subordinate its lien in favor of the estate in the amount of $100,000. The sale ultimately closed and the estate received the carve-out amount of $100,000 through escrow.

Despite extensive efforts of Applicant and her broker, no buyers were found for the 28th Street Property or the Geary Property. The 28th Street Property was plagued by tenant litigation and the tenants' contention that they had 'protected' status which would potentially prevent eviction proceedings or make any potential eviction cost prohibitive. The small size of the Geary Property (roughly 300 square feet) and the below market rent that the tenant had been paying diminished buyer interest in these assets, forcing Applicant to abandon both properties.

4

Applicant has received, reviewed and approved the final fee applications filed by professionals in this estate. Applicant has prepared her Trustee's Final Report ("TFR") with proposed distribution. Attached are Exhibit A-1 Proposed Distribution; Form 1, Individual Estate Property Record and Report; Form 2, Estate Cash Receipts and Disbursements Record; and Compensation and Expense Worksheet.

The estate is administratively insolvent. The estate's professionals are anticipating payment of approximately one-third of their full fees. The maximum compensation payable to Applicant pursuant to Section 326 of the United States Bankruptcy Code is $94,000. Applicant is requesting approval of $35,626.57 as her first and final compensation, which is an amount commensurate with the pro-rata reductions the estate's professionals are requesting, and $63.99 in reimbursement of expenses.

Applicant estimates that she will spend approximately 56 hours in the administration of this estate before it is closed, including time to date of 54 hours, and additional time (estimated) of 1.5 to 2 hours for future closing requirements, including account maintenance, payment of administrative claims and preparation and filing of the Trustee's Final Report of Distribution. In addition, Applicant's staff have spent 14.5 hours performing administrative support functions, primarily managing and operating the rental properties.

Respectfully submitted,

E. Lynn Schoenmann, Trustee

Date: May 18, 2020

5

Case: 18-30002    Doc# 187    Filed: 05/28/20    Entered: 05/28/20 13:34:08    Page 9 of 26

Date: 04/30/20     **RUCHKA, MARIYA SERGEEVNA (18-30002)**     Trustee: 005100

| Date | Hours | Description / Notes | User | Role |
|---|---|---|---|---|
| 04/11/19 | 1.00 | Reveiw amended schedules Doc #133 and change Form 1 as needed per amendments; check work | JE | |
| 11/20/18 | 0.10 | Receive/ record incoming receipts into Receipts Log for further processing | JE | |
| 12/04/18 | 0.10 | Receive/ record incoming receipts into Receipts Log for further processing | JE | |
| 12/12/18 | 0.10 | Receive & record two incoming receipts into Receipts Log | JE | |
| 12/13/18 | 0.10 | Reconciliaton of bank statements with ledger balances. | JE | |
| 12/17/18 | 0.10 | Receive/ record incoming receipts into Receipts Log for further processing | JE | |
| 01/07/19 | 0.20 | Receive/ record four incoming receipts into Receipts Log | JE | |
| 01/14/19 | 0.10 | Receive/ record incoming receipts into Receipts Log for further processing | JE | |
| 01/16/19 | 0.10 | Reconciliaton of bank statement with ledger balance. | JE | |
| 01/30/19 | 0.10 | Receive & record incoming receipts into Receipts Log | JE | |
| 02/04/19 | 0.10 | Receive & record incoming receipts into Receipts Log | JE | |
| 02/07/19 | 0.10 | Reconciliaton of bank statement with ledger. | JE | |
| 02/14/19 | 0.10 | Receive & record two incoming receipts into Receipts Log | JE | |
| 02/19/19 | 0.10 | Receive/ record incoming receipts into Receipts Log for further processing | JE | |
| 02/19/19 | 0.20 | Processed 2 MO for deposit for Rent. | JS | |
| 03/06/19 | 0.20 | Receive & record incoming receipts into Receipts Log | JE | |
| 03/07/19 | 0.10 | Cut check to Water Department and mailed. | JS | |
| 03/14/19 | 0.10 | Receive/ record incoming receipts into Receipts Log for further processing | JE | |
| 03/18/19 | 0.10 | Reconciliaton of bank statement with ledger. | JE | |
| 04/08/19 | 0.20 | Receive & record incoming receipts into Receipts Log | JE | |
| 04/09/19 | 0.30 | Process and file 5 rent deposits | JS | |
| 04/11/19 | 0.10 | Reconciliaton of bank statements with ledger. | JE | |
| 04/16/19 | 0.10 | Receive/ record incoming receipts into Receipts Log for further processing | JE | |
| 04/16/19 | 0.10 | Processed rent deposit | JS | |
| 05/07/19 | 0.10 | Receive/ record incoming receipts into Receipts Log for further processing | JE | |
| 05/07/19 | 0.10 | Process deposit from tenant Blanchard | JS | |
| 05/07/19 | 0.10 | Process deposit from tenant Nichols | JS | |
| 05/09/19 | 0.10 | Reconciliaton of bank statements with ledger. | JE | |
| 05/14/19 | 0.10 | Receive/ record incoming receipts into Receipts Log for further processing | JE | |
| 05/14/19 | 0.20 | Processed deposits from RMezquada, tenant | JS | |
| 06/06/19 | 0.10 | Receive/ record incoming receipts into Receipts Log for further processing | JE | |
| 06/10/19 | 0.10 | Receive & record two incoming receipts into Receipts Log | JE | |
| 06/13/19 | 0.10 | Reconciliaton of bank statements with ledger balances. | JE | |
| 06/17/19 | 0.10 | Receive/ record incoming receipts into Receipts Log for further processing | JE | |
| 07/11/19 | 0.10 | Receive/ record incoming receipts into Receipts Log for further processing | JE | |
| 07/13/19 | 0.10 | Receive/ record incoming receipts into Receipts Log for further processing | JE | |
| 07/17/19 | 0.10 | Reconciliaton of bank statements with ledger balances. | JE | |
| 07/19/19 | 0.10 | Receive & record two incoming receipts into Receipts Log | JE | |
| 08/07/19 | 0.10 | Reconciliaton of bank statements with ledger. | JE | |
| 08/13/19 | 0.10 | Receive/ record incoming receipts into Receipts Log for further processing | JE | |
| 09/05/19 | 0.10 | Reconciliaton of bank statements with ledger. | JE | |
| 09/12/19 | 0.10 | Receive & record incoming receipts into Receipts Log | JE | |
| 10/09/19 | 0.10 | Reconciliaton of bank statements with ledger balances. | JE | |
| 10/15/19 | 0.10 | Receive/ record incoming receipts into Receipts Log for further processing | JE | |
| 11/06/19 | 0.10 | Reconciliaton of bank statements with ledger. | JE | |
| 11/13/19 | 0.10 | Receive & record two incoming receipts into Receipts Log | JE | |
| 11/19/19 | 0.10 | Receive/ record incoming receipts into Receipts Log for further processing | JE | |

Case: 18-30002   Doc# 187   Filed: 05/28/20   Entered: 05/28/20 13:34:08   Page 10 of 26

TIMEREPT     Printed: 04/30/20 05:08 PM   Ver: 22.02d

| Date | Hours | Description / Notes | User | Role |
|------|-------|---------------------|------|------|
| 12/05/19 | 0.10 | Reconciliaton of bank statements with ledger balances. | JE | |
| 01/06/20 | 0.10 | Reconciliaton of bank statements with ledger balances. | JE | |
| 02/10/20 | 0.10 | Reconciliaton of bank statements with ledger balances. | JE | |
| 02/19/19 | 0.20 | Phone call with resident of rental re plumbing issue. | JS | |
| 03/07/19 | 0.10 | Email to 2 tenants re resolution to water shutoff notice. | JS | |
| 03/07/19 | 0.20 | Phone conversation with Customer Service Rep at Water Department and with Supervisor of Acct Rec. (Mai) | JS | |
| 03/07/19 | 0.20 | Responded to 2 email from 28th St Tenants re water shutoff. | JS | |
| 03/13/19 | 0.20 | email exchange with MManning re Geary property insurance. | JS | |
| 03/19/19 | 0.10 | Incoming phone call from Onmarket Insurance re Geary property insurance. | JS | |
| 03/19/19 | 0.10 | Phone call to Onmarket Insurance re Geary property insurance. Left message. | JS | |
| 04/10/19 | 0.20 | Process Trash Invoice, print, mail & file. | JS | |
| 04/16/19 | 0.10 | Phone call to Ms. Sturgeon's Mother re: plumbing issue | JS | |
| 04/17/19 | 0.10 | Processed, mailed wated bill | JS | |
| 04/30/19 | 0.10 | Scan, file and mailed Purchase Agreement for Laguna property to MBenson | JS | |
| 05/14/19 | 0.10 | Prepared & mailed check to SF Dept of Water & Power | JS | |
| 05/20/19 | 0.20 | Multiple emails between MBenson & MManning re 28th St property visitation | JS | |
| 05/20/19 | 0.40 | Drive to pickup key to 164 28th St, from tenants attorney. Atty lost key, waited quite awhile | JS | |
| 05/21/19 | 0.10 | Multiple emails back and form between MBenson & MManning re 28th St property | JS | |
| 06/02/19 | 0.30 | Text exchange with TTEE re missing Bar Date | JS | |
| 06/02/19 | 0.60 | Researching missing Bar Date | JS | |
| 06/03/19 | 0.10 | Email with AXOS re missing Bar Date. | JS | |
| 06/18/19 | 0.10 | Cut & mailed check to SF Water & Power | JS | |
| 02/18/20 | 0.20 | Calculated, prepared and mailed ck to secured lender. | JS | |
| 02/18/20 | 3.75 | Jewlery to Auction House for appraisal. | JS | |
| 01/23/20 | 0.20 | Review case data for TIR purposes | JE | |
| 12/31/19 | 0.10 | Receive and save processed copy of fiduciary income tax return for final short tax year ended 11/30/19 from estate accountants | JE | |
| 01/02/20 | 0.10 | Save Forms 1&2 at request of BCC and email to same for end of year tax purposes. | JE | |

     **14.45**          **Case Total**

**E. Lynn Schoenmann, Trustee**

May 16, 2020

|  |  |  | Hrs |
|---|---|---|---|
| 10/5/2018 ELS | Investigation Financial Affair<br>emails from/to Mr. Crom | | 0.10 |
| 10/8/2018 ELS | Investigation Financial Affair<br>Phone con Mr. Brown re case | | 0.30 |
| ELS | Investigation Financial Affair<br>Review of files; review property profiles re property valuation, liens of<br>record; emails to Mr. Benson re SF properties, Mr. Link re Tiburon | | 0.50 |
| 10/9/2018 ELS | Investigation Financial Affair<br>emails to/from Mr. Benson | | 0.10 |
| ELS | Investigation Financial Affair<br>emails to/from Mr. Brown | | 0.20 |
| ELS | Investigation Financial Affair<br>emails to/from Mr. Crom | | 0.10 |
| 10/10/2018 ELS | Investigation Financial Affair<br>Receive, review, execute various tax documents, forward to Mr. Crom | | 0.20 |
| ELS | Investigation Financial Affair<br>Receive, review motion for relief from stay Laguna property | | 0.10 |
| ELS | Investigation Financial Affair<br>Phone con Mr. Link re value, marketing of Tiburon property | | 0.30 |
| ELS | Investigation Financial Affair<br>Phone con Mr. Laffredi re operating order | | 0.20 |
| ELS | Investigation Financial Affair<br>emails to/from Mr. Crom | | 0.30 |

|  |  |  | Hrs |
|---|---|---|---|
| 10/10/2018 | ELS | Investigation Financial Affair<br>emails to/from Mr. Brown | 0.30 |
| 10/11/2018 | ELS | Investigation Financial Affair<br>emails to/from Mr. Crom | 0.10 |
|  | ELS | Investigation Financial Affair<br>email to/from Mr. Brown | 0.10 |
|  | ELS | Investigation Financial Affair<br>emails to/from Mr. Brown | 0.10 |
| 10/12/2018 | ELS | Investigation Financial Affair<br>Phone con Ms. Field re requirements for operating order; email to Mr. Brown re revisions necessary; review draft | 0.40 |
|  | ELS | Investigation Financial Affair<br>email from Mr. Brown | 0.10 |
| 10/15/2018 | ELS | Assets Recap<br>email from Ms. Field re operating order | 0.10 |
| 10/16/2018 | ELS | Investigation Financial Affair<br>emails to/from Ms. Manning | 0.10 |
|  | ELS | Investigation Financial Affair<br>email to Mr. Brown | 0.10 |
| 10/17/2018 | ELS | Investigation Financial Affair<br>Receive, review, execute various tax forms; return to Mr. Crom for filing | 0.20 |
|  | ELS | Investigation Financial Affair<br>email from Mr. Benson with property information | 0.10 |
| 10/18/2018 | ELS | Investigation Financial Affair<br>email to Mr. Brown | 0.10 |
| 10/19/2018 | ELS | Assets Recap<br>email from Mr. Brown re operating order | 0.10 |
|  | ELS | Investigation Financial Affair<br>email to Ms. Manning | 0.10 |
| 10/22/2018 | ELS | Investigation Financial Affair<br>Discussions Mr. Brown re 341, claims | 0.50 |
|  | ELS | Investigation Financial Affair<br>emails to/from Ms. Manning | 0.20 |

|  |  |  | Hrs |
|---|---|---|---|
| 10/22/2018 | ELS | Investigation Financial Affair<br>email to Mr. Brown | 0.10 |
| | ELS | Investigation Financial Affair<br>email to Mr. Crom | 0.10 |
| 10/23/2018 | ELS | Investigation Financial Affair<br>Meeting of Creditors | 0.50 |
| | ELS | Investigation Financial Affair<br>emails to/from Ms. Manning | 0.10 |
| 10/26/2018 | ELS | Investigation Financial Affair<br>Review of property profiles, analysis of claims, review alternatives re<br>liquidation for full pay; inventory all jewelry turned over by debtor | 1.30 |
| | ELS | Investigation Financial Affair<br>emails to/from Ms. Manning | 0.20 |
| | ELS | Investigation Financial Affair<br>emails to/from Mr. Brown | 0.10 |
| | ELS | Investigation Financial Affair<br>email to Mr. Benson | 0.10 |
| 10/29/2018 | ELS | Investigation Financial Affair<br>email to Ms. Manning | 0.10 |
| 11/1/2018 | ELS | Investigation Financial Affair<br>discussions Mr. Brown re status, properties | 0.30 |
| 11/2/2018 | ELS | Assets Recap<br>emails to/from Ms. Manning re jewelry | 0.10 |
| 11/5/2018 | ELS | Investigation Financial Affair<br>Conference call Mr. Benson, Mr. Crom, counsel re liquidation of real<br>estate | 0.80 |
| | ELS | Assets Recap<br>email to Ms. Manning re tenants | 0.10 |
| 11/6/2018 | ELS | Investigation Financial Affair<br>email from Mr. Crom | 0.10 |
| 11/7/2018 | ELS | Assets Recap<br>Prepare demand letters for rents turnover | 0.50 |
| | ELS | Investigation Financial Affair<br>email from Mr. Brown | 0.10 |

| | | | | Hrs |
|---|---|---|---|---|
| 11/7/2018 | ELS | Assets Recap<br>email from Ms. Manning | | 0.10 |
| 11/12/2018 | ELS | Assets Recap<br>email from Mr. Benson re Geary | | 0.10 |
| 11/19/2018 | ELS | Investigation Financial Affair<br>email from Mr. Crom re taxes | | 0.10 |
| 11/20/2018 | ELS | Banking<br>Process deposits rent checks | | 0.20 |
| 11/24/2018 | ELS | Assets Recap<br>email from Mr. Benson | | 0.10 |
| 11/26/2018 | ELS | Assets Recap<br>emails from/to Ms. Manning | | 0.10 |
| | ELS | Investigation Financial Affair<br>email from Mr. Benson | | 0.10 |
| | ELS | Investigation Financial Affair<br>email from Mr. Brown | | 0.10 |
| 11/28/2018 | ELS | Investigation Financial Affair<br>email from Ms. Manning | | 0.10 |
| 11/30/2018 | ELS | Assets Recap<br>Phone con Laguna tenant re issues with apartment refusal to pay rent | | 0.20 |
| | ELS | Investigation Financial Affair<br>email from Mr. Brown re abandonment | | 0.10 |
| 12/4/2018 | ELS | Assets Recap<br>email from Ms. .Manning | | 0.10 |
| 12/6/2018 | ELS | Assets Recap<br>Conference call Mr. Brown, Ms. Manning | | 0.80 |
| 12/11/2018 | ELS | Assets Recap<br>Work on restoring trash pickup service 28th Ave | | 0.80 |
| 12/12/2018 | ELS | Banking<br>Process deposits rent checks | | 0.20 |
| 12/13/2018 | ELS | Banking<br>Reconcile bank statements | | 0.30 |
| 12/14/2018 | ELS | Accounting<br>Review, approve MOR | | 0.30 |

|  |  |  | Hrs |
|---|---|---|---|
| 12/14/2018 ELS | Assets Recap<br>email from Ms. Manning | | 0.10 |
| 12/18/2018 ELS | Banking<br>Process rent deposit | | 0.20 |
| 1/3/2019 ELS | Assets Recap<br>emails from/to Mr. Benson | | 0.10 |
| 1/7/2019 ELS | Banking<br>Process deposits rent checks | | 0.20 |
| 1/8/2019 ELS | Claims Admin<br>Prepare payment trash pickup 28th St | | 0.30 |
| 1/15/2019 ELS | Banking<br>Process deposits rent checks | | 0.20 |
| 1/16/2019 ELS | Assets Recap<br>email from Ms. Manning | | 0.10 |
| 1/20/2019 ELS | UST Reports<br>Work on 2018 UST annual report | | 0.30 |
| ELS | Assets Recap<br>email from Mr. Benson | | 0.10 |
| ELS | Assets Recap<br>email from Ms. Manning | | 0.10 |
| 1/24/2019 ELS | Assets Recap<br>email from Ms. Manning re order | | 0.10 |
| 1/28/2019 ELS | Banking<br>Reconcile bank statements | | 0.30 |
| 1/30/2019 ELS | Banking<br>Process deposits rent checks | | 0.20 |
| 2/12/2019 ELS | Assets Recap<br>Cal from tenant 26th Street re plumbing bill | | 0.10 |
| 2/13/2019 ELS | Assets Recap<br>emails from/to Ms. Manning, Mr. Benson re Laguna marketing | | 0.20 |
| 2/14/2019 ELS | Assets Recap<br>Process rent deposits | | 0.30 |
| 2/19/2019 ELS | Assets Recap<br>Process rent deposits | | 0.30 |

| | | | Hrs |
|---|---|---|---|
| 2/20/2019 | ELS | Assets Recap<br>Receive, review MOR; forward to BCC for filing | 0.30 |
| | ELS | Bonding<br>Process bond premium payment | 0.30 |
| 2/25/2019 | ELS | Banking<br>Reconcile bank statements | 0.30 |
| 2/28/2019 | ELS | Banking<br>Verify deposits | 0.10 |
| | ELS | Banking<br>Verify deposits | 0.10 |
| 3/6/2019 | ELS | Assets Recap<br>Process various rent check deposits | 0.30 |
| 3/12/2019 | ELS | Banking<br>Verify deposits | 0.10 |
| | ELS | Assets Recap<br>Process payment water bill 28th St property | 0.30 |
| 3/14/2019 | ELS | Assets Recap<br>Process deposits | 0.30 |
| | ELS | Investigation Financial Affair<br>emails from/to Ms. Manning, Mr. Benson re WF bank account<br>statements | 0.20 |
| 3/19/2019 | ELS | Accounting<br>Receive, review, approve MOR | 0.20 |
| 3/23/2019 | ELS | Banking<br>Verify deposits | 0.10 |
| 3/30/2019 | ELS | Banking<br>Reconcile bank statements | 0.30 |
| 4/7/2019 | ELS | Tax<br>Receive, review, execute tax returns | 0.20 |
| 4/8/2019 | ELS | Assets Recap<br>Conference call Mr. Brown Ms. Manning, Mr. Crom re negotiations<br>with secured creditor Laguna sale | 0.40 |
| 4/9/2019 | ELS | Assets Recap<br>Deposit various rent checks | 0.30 |

|  |  |  | Hrs |
|---|---|---|---|
| 4/17/2019 ELS | Assets Recap<br>Process utility payments 28th St | | 0.30 |
| 4/18/2019 ELS | Accounting<br>Receive, review, approve MOR | | 0.20 |
| ELS | Assets Recap<br>Phone con Ms. Manning re Laguna negotiations | | 0.30 |
| 4/23/2019 ELS | Banking<br>Verify deposits | | 0.10 |
| ELS | Banking<br>Reconcile bank statements | | 0.30 |
| ELS | Assets Recap<br>Deposit various rent checks | | 0.30 |
| ELS | Banking<br>Verify deposits | | 0.10 |
| ELS | Assets Recap<br>Discussions Mr. Brown, Ms. Manning re Laguna sale; re terms of pending offer, carve out; possible second offer, overbids; draft language for offer | | 1.50 |
| 4/29/2019 ELS | Assets Recap<br>Conference call counsel re Laguna offer, counter | | 0.40 |
| ELS | Assets Recap<br>Work on sale Laguna. Review, edit purchase agreement, work on counter offer/addendum, accept offer subject to addendum | | 1.20 |
| 5/1/2019 ELS | Assets Recap<br>Conference call with counsel re Laguna discussions, issue of nonrefundable deposit | | 0.40 |
| 5/3/2019 ELS | Assets Recap<br>email from/to Ms. Manning re Laguna property | | 0.10 |
| 5/4/2019 ELS | Assets Recap<br>Review, execute declaration re Laguna sale | | 0.20 |
| 5/6/2019 ELS | Assets Recap<br>emails from/to Ms. Manning re rental properties | | 0.10 |
| 5/7/2019 ELS | Assets Recap<br>Process deposits | | 0.30 |

|  |  |  | Hrs |
|---|---|---|---|

| | | | Hrs |
|---|---|---|---|
| 5/7/2019 ELS | Assets Recap<br>emails from/to Ms. Manning re rental settlement | | 0.20 |
| 5/8/2019 ELS | Assets Recap<br>email from/to Ms. Manning | | 0.10 |
| 5/14/2019 ELS | Assets Recap<br>Process rent checks received | | 0.30 |
| 5/15/2019 ELS | Assets Recap<br>Conference call re 28th st property; impact of vacated unit; ongoing<br>marketing; negotiations with secured lender, rents, re additional time | | 0.30 |
| 5/21/2019 ELS | Assets Recap<br>Process payment SF Water 28th Street | | 0.20 |
| 5/22/2019 ELS | Assets Recap<br>Phone con Ms. Marshall re debtor interference with showing of<br>property | | 0.40 |
| ELS | Assets Recap<br>emails to/from Mr. Brown re debtor interference | | 0.10 |
| 5/23/2019 ELS | Accounting<br>email from Ms. Law re operating report | | 0.10 |
| ELS | Accounting<br>email from Ms. Manning re operating report | | 0.10 |
| 5/28/2019 ELS | Assets Recap<br>emails from/to Ms. Manning re contingency removal | | 0.10 |
| 5/29/2019 ELS | Assets Recap<br>email from Ms. Manning re contingency removal | | 0.10 |
| 6/2/2019 ELS | Assets Recap<br>email from Ms. Manning re supplemental declaration | | 0.10 |
| 6/3/2019 ELS | Assets Recap<br>Receive, review declaration; execute same, forward to Ms. Manning | | 0.30 |
| ELS | Claims Admin<br>emails to/from clerk's office re claims bar date | | 0.20 |
| 6/4/2019 ELS | Assets Recap<br>email from Ms. Manning re sale order | | 0.10 |
| 6/6/2019 ELS | Assets Recap<br>Process deposits | | 0.30 |

|  |  |  | Hrs |
|---|---|---|---|
| 6/6/2019 ELS | Assets Recap | emails to/from counsel, escrow re closing issues | 0.30 |
| 6/7/2019 ELS | Banking | Verify deposits | 0.10 |
| 6/12/2019 ELS | Assets Recap | Process deposits | 0.30 |
| ELS | Assets Recap | email from/to Mr. Brown re abandonment | 0.10 |
| ELS | Assets Recap | email from Mr. Brown re abandonment | 0.10 |
| 6/13/2019 ELS | Assets Recap | emails from/to Mr. Brown, Mr. Crom, Ms. Manning re motion for relief from stay 28th st, abandonment | 0.30 |
| 6/14/2019 ELS | Assets Recap | emails to/from Mr. Brown re 28th street disposition | 0.10 |
| 6/19/2019 ELS | Accounting | Attention to issue of rents turnover; calculate same; attention to 5-06 expsnes | 0.60 |
| ELS | Accounting | Receive, review draft of MOR, approve same | 0.20 |
| 6/20/2019 ELS | Assets Recap | emails to/from Ms. Manning, Mr. Brown re Laguna payoff | 0.20 |
| 6/21/2019 ELS | Assets Recap | emails from/to Mr. Brown, Ms. Manning re Laguna closing issues | 0.20 |
| 6/25/2019 ELS | Claims Admin | emails from/to Ms. Manning re 28th street settlement | 0.10 |
| 6/26/2019 ELS | Claims Admin | emails from/to Ms. Manning re negotiations rent settlement | 0.20 |
| 6/28/2019 ELS | Assets Recap | email from Ms. Manning re Laguna closing | 0.10 |
| 7/1/2019 ELS | Assets Recap | emails from/to Mr. Brown, Mr. Crom, Ms. Manning re status Laguna closing | 0.30 |
| 7/9/2019 ELS | Claims Admin | email from Ms. Manning with order of abandonment 28th ST | 0.10 |

|  |  |  | Hrs |
|---|---|---|---|
| 7/11/2019 | ELS | Assets Recap<br>Process deposits | 0.30 |
| 7/23/2019 | ELS | Assets Recap<br>Process revised paperwork for Laguna sale re change in buyer vesting; obtain notary on grant deed, forward documents to escrow | 1.50 |
| 7/25/2019 | ELS | Accounting<br>Receive, review, approve monthly operating report, forward to Ms. Law | 0.20 |
| 7/30/2019 | ELS | Assets Recap<br>emails from/to Mr. Brown, Ms. Manning re Laguna recording | 0.10 |
| 7/31/2019 | ELS | Assets Recap<br>Process deposit | 0.30 |
| 8/1/2019 | ELS | Assets Recap<br>emails from/to Mr. Benson re marketing of properties | 0.20 |
| 8/13/2019 | ELS | Assets Recap<br>Process deposits | 0.30 |
| 8/15/2019 | ELS | Assets Recap<br>emails from/to Ms. Manning, Mr. Benson re Geary marketing, possible abandonment | 0.20 |
| 8/16/2019 | ELS | Assets Recap<br>emails from/to Mr. Brown, Mr. Benson re possible Geary abandonment | 0.20 |
| 8/17/2019 | ELS | Assets Recap<br>emails from/to Mr. Benson, Ms. Manning, Mr. Brown, Mr. Crom re Geary status, possible abandonment | 0.30 |
| 8/18/2019 | ELS | Assets Recap<br>emails from/to Mr.Benson, Ms. Manning re Geary abandonment | 0.10 |
| 8/29/2019 | ELS | Assets Recap<br>email from Mr. Brown re Geary status | 0.10 |
| 9/12/2019 | ELS | Assets Recap<br>Process deposits | 0.30 |
| 9/23/2019 | ELS | Banking<br>Reconcile bank statements | 0.10 |
|  | ELS | Banking<br>Verify deposits | 0.10 |

| | | | Hrs : |
|---|---|---|---|
| 9/23/2019 ELS | Banking | Verify deposit | 0.10 |
| ELS | Banking | Verify deposit | 0.10 |
| ELS | Banking | Verify deposit | 0.10 |
| ELS | Banking | Verify deposit | 0.10 |
| ELS | Banking | Verify deposit | 0.10 |
| ELS | Banking | Verify deposit | 0.10 |
| ELS | Banking | Verify deposit | 0.10 |
| 10/8/2019 ELS | Banking | Reconcile bank statements | 0.30 |
| 10/16/2019 ELS | Accounting | Receive, review, approve MOR; execute same, forward for filing | 0.10 |
| 10/21/2019 ELS | Assets Recap | email from Ms. Manning re status Geary | 0.10 |
| 10/26/2019 ELS | Investigation Financial Affair | emails to/from Ms. Manning | 0.20 |
| ELS | Investigation Financial Affair | email to Mr. Crom | 0.10 |
| 11/6/2019 ELS | Banking | Reconcile bank statements | 0.30 |
| ELS | Assets Recap | emails from/to Ms. Manning re 28th street, possible abandonment | 0.10 |
| 11/7/2019 ELS | Assets Recap | email from Ms. Manning re 28th Street | 0.10 |
| 11/12/2019 ELS | Assets Recap | emails from/to Ms. Manning re Geary property | 0.10 |
| 11/14/2019 ELS | Assets Recap | emails from/to Ms. Manning re Geary status | 0.10 |

|  |  |  |  | Hrs |
|---|---|---|---|---|
| 11/19/2019 | ELS | Assets Recap<br>Process deposits rent checks received | | 0.30 |
| 12/2/2019 | ELS | Assets Recap<br>emails from/to Ms. Manning re Geary abandonment | | 0.10 |
| 12/3/2019 | ELS | Assets Recap<br>emails from/to Ms. Manning, Mr. Benson re Geary abandonment | | 0.10 |
| 12/5/2019 | ELS | Banking<br>Reconcile bank statements | | 0.30 |
| 12/13/2019 | ELS | Investigation Financial Affair<br>email from Mr. Crom | | 0.10 |
| 12/18/2019 | ELS | Claims Admin<br>email from Ms. Manning re Geary rents | | 0.10 |
| 12/23/2019 | ELS | Claims Admin<br>emails from/to Ms. Manning re Geary wind-up issues, jewelry liquidation | | 0.20 |
| 12/31/2019 | ELS | Tax<br>email from BCC re tax returns filed | | 0.10 |
| | ELS | Tax<br>email from BCC with tax returns | | 0.10 |
| 1/3/2020 | ELS | Claims Admin<br>email from Ms. Manning re Geary rents collected, turnover | | 0.10 |
| 1/8/2020 | ELS | Banking<br>Reconcile bank statements | | 0.30 |
| 1/8/2020 | ELS | Fee Applications<br>emails from/to Ms. Manning re 506 fees for management of Geary | | 0.30 |
| 1/14/2020 | ELS | Fee Applications<br>emails from/to Ms. Manning re possibility of Geary surcharge | | 0.20 |
| 1/18/2020 | ELS | Assets Recap<br>emails to Ms. Manning, Mr. Brown re jewelry liquidation | | 0.10 |
| 1/21/2020 | ELS | Assets Recap<br>emails from Ms. Manning re Geary abandonment order | | 0.10 |
| 1/22/2020 | ELS | Bonding<br>Process bond premium payment | | 0.20 |

|  |  |  |  | Hrs |
|---|---|---|---|---|

1/25/2020 ELS  Claims Admin — 0.50
Review and analysis of claims register; email to Mr. Brown re objectionable claims

1/26/2020 ELS  Claims Admin — 0.10
emails to/from Ms. Manning, Mr. Brown re claims analysis

1/27/2020 ELS  Claims Admin — 0.30
emails to/from Ms. Manning, Mr. Brown re claims analysis

1/30/2020 ELS  Claims Admin — 0.10
email from Ms. Manning re Geary rent check

2/14/2020 ELS  Claims Admin — 0.10
emails from/to Ms. Manning re debtor amended Schedule C

2/15/2020 ELS  Claims Admin — 0.10
emails to/from Ms. Manning re amended Sch C

2/17/2020 ELS  Claims Admin — 0.10
email from Ms. Manning re Geary rent check

2/18/2020 ELS  Claims Admin — 0.30
Process landlord payment

ELS  Assets Recap — 1.50
Trip to Clars auction house with jewelry, obtain estimated value

ELS  Assets Recap — 0.10
email to Ms. Manning, Mr. Brown re jewelry

ELS  Assets Recap — 0.10
email to Mr. Brown re jewelry

ELS  Assets Recap — 0.10
emails from/to Ms. Manning re jewelry

3/3/2020 ELS  Investigation Financial Affair — 0.30
Phone con Mr. Imhof re inspection, possible auction of estate jewelry, watch

3/4/2020 ELS  Banking — 0.30
Reconcile bank statements

ELS  Assets Recap — 0.10
emails to/from Ms. Manning, Mr. Brown re appraisal, inspection of jewelry

3/13/2020 ELS  Fee Applications — 0.10
emails to/from Mr. Crom re fee app

Case: 18-30002   Doc# 187   Filed: 05/28/20   Entered: 05/28/20 13:34:08   Page 24 of 26

|  |  |  | Hrs |
|---|---|---|---|

3/13/2020 ELS   Assets Recap         0.20
     emails to/from Ms. Manning, Mr. Brown re jewelry inspection, appraisal

3/26/2020 ELS   Assets Recap         0.10
     emails to/from Ms. Manning re jewelry inspection

4/3/2020 ELS   Assets Recap         0.10
     emails to/from Mr. Brown, Mr. Crom query possible tax refunds

4/4/2020 ELS   Assets Recap         0.10
     emails to/from Mr. Brown, Mr. Crom re possible tax refunds

4/16/2020 ELS   Fee Applications         0.10
     email to/from Mr. Crom re fees

4/18/2020 ELS   Assets Recap         0.80
     Review status   jewelry, watch appraisals in view of shelter in place restrictions; formulate proposal to Heritage for remote appraisals

ELS   Assets Recap         0.10
     emails to/from Heritage appraiser re remote review of jewelry

4/20/2020 ELS   Assets Recap         0.20
     emails to/from Heritage appraiser re jewelry valuation

4/21/2020 ELS   Fee Applications         0.30
     emails to/from Ms. Manning re fees

4/29/2020 ELS   Fee Applications         0.30
     emails from/to Ms. Manning re final fee apps

4/30/2020 ELS   Fee Applications         0.20
     emails to/from Ms. Manning re final fee apps

5/8/2020 ELS   Fee Applications         1.50
     Work on final fee application

5/11/2020 ELS   Assets Recap         0.10
     email to Mr. Brown

ELS   Fee Applications         2.00
     Work on final fee application

5/12/2020 ELS   Fee Applications         0.50
     Work on final fee application

5/14/2020 ELS   Fee Applications         0.80
     Edit time records; work on final report

Case: 18-30002   Doc# 187   Filed: 05/28/20   Entered: 05/28/20 13:34:08   Page 25 of 26

| | | | Hrs. |
|---|---|---|---|

5/15/2020 ELS   Fee Applications
         Edit time records, draft of TFR, work on final report            0.80

                                  54.10