Form FIND

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re: Mariya Sergeevna Ruchka<br>  aka Maria Sergeevna Wisniewski<br>  dba Home Sweet Home Funding & Realty<br>  fka Mariya Sergeevna Semikhatova<br>      Debtor(s) | Case No.: 18−30002 DM 7<br><br>Chapter: 7 |

**FINAL DECREE**

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ E. Lynn Schoenmann is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☑ the chapter 7 case of the above−named debtor is closed;

and

☐ Other

Dated: 9/7/20

By the Court:

Dennis Montali
United States Bankruptcy Judge